```
                                    ┌─────────────────────────────┐
                                    │ √ FILED      ___ LODGED     │
                                    │ ___ RECEIVED  ___ COPY      │
                                    │                             │
                                    │      JUN 2 1 2010           │
                                    │                             │
                                    │  CLERK U S DISTRICT COURT   │
                                    │   DISTRICT OF ARIZONA       │
                                    │ BY            M  DEPUTY     │
                                    └─────────────────────────────┘
```

1  Barry L. Cox, Attorney Pro Se
2  530 E. Hunt Hwy.
   Suite 103 Box 249
3  San Tan Valley, Arizona
4  85143
   (480) 361-3089
5  FAX (480) 361-3842
6  Email: warrioragent@hotmail.com
   Attorney for Plaintiff
7

8

9              IN THE UNITED STATES DISTRICT COURT
10
11                 FOR THE DISTRICT OF ARIZONA
12                      PHOENIX DIVISION
13

14

15  Barry L. Cox,                    )    **CIV 10 130 2 PHX** ~~Jws~~
16          Plaintiff,               )    Case No._____
                                     )
17  vs.                              )
18                                   )
                                     )
19  United States of America, United States    )
20  Department of the Treasury ("Treasury");    )
    TIMOTHY F. GEITHNER, in his official    )    **COMPLAINT**
21  capacity as the Secretary of the Treasury,    )
    Internal Revenue Service (" IRS"); a Bureau    )
22  of the Department of the Treasury; DOUGLAS    )    F. Rul. Civ. P.
23  SHULMAN, in his official capacity as the    )
    Commissioner, Jerry Marquez (pseudonym) in his    )    Rules 38, 39, 57
24  official capacity as an IRS non-enforcement    )    60(b)(3), 65 & 81(c)
    revenue officer; Treasury Inspector General for Tax    )
25  Administration ("TIGTA"); J. RUSSELL    )
26  GEORGE, Inspector General for Tax    )
    Administration, in his official capacity.    )    Local Rule Civ. 3.1
27                                   )
28          Defendant.               )
                                     )
    _____)
```

## COMPLAINT

Plaintiff, BARRY L. COX, acting as attorney pro se, files this ACTION against

Defendants, United States of America, i.e. its agencies, Department of the Treasury,

("Treasury"); TIMOTHY F. GEITHNER, in his official capacity as Secretary of the

Treasury, Internal Revenue Service ("IRS"), a Bureau of the Department of the Treasury,

DOUGLAS SHULMAN, in his official capacity as the Commissioner; Jerry Marquez

(pseudonym), in his official capacity as an employee and/or non-enforcement revenue

officer of the "IRS," Treasury Inspector General for Tax Administration ("TIGTA");

J. RUSSELL GEORGE, in his official capacity as Inspector General.

## JURISDICTION and VENUE

United State's federal courts, as a matter of law, have subject matter, territorial, personal,

and specific jurisdiction over this ACTION pursuant to Title 28 U.S.C., Section 1331,

because this lawsuit arises under the U.S. Constitution, $4^{th}$, $5^{th}$ and $14^{th}$ Amendments to

the Bill of Rights to the U.S. Constitution and specified applicable "laws" of the United

States known as the United States Code and Code of Federal Regulations. The laws cited

in this action have not been repealed. The "laws" are binding upon the government and

the people. Subject "laws" were enacted and published by the U.S. Congress to preserve

specified "privileged" and "inalienable" RIGHTS guaranteed to all Americans.

Venue is proper in this jurisdiction pursuant to Title 28 U.S.C. Section 1391(b) & (c) (3)

because specific "legal questions" supplicate the ear of the court to hear and REDRESS

grievances and damages suffered at the hands of Defendant's malfeasance.

-2-

Defendant acted with <u>adverse</u> intent while in the scope of employment for the federal government to the <u>detriment</u> of the Plaintiff, a resident of Arizona. Defendant grievously violated specific federal laws. This ACTION is to recover damages which occurred while Plaintiff was a resident of the State of California and Texas. This lawsuit should be "heard" in the State where Plaintiff is currently domiciled as required by Federal Rules of Civil Procedure, Rule 3 **Commencement of Action** and Rule 8 (a) **Claims for Relief,** Rule 65 **Injunctions**, Local Rule Civ. 3.1 Jury Trial Demand, *inter alia.*

In consequence of Defendant's malfeasance the federal district court in Arizona has jurisdiction of the "**subject matter**" in that the CLAIM concerns a "federal question." An urgent growing public controversy of "IRS" authority fuels this claim of exigency. The "issues" are material, probative, and relevant to published federal taxing statutes and regulations. Defendant constitutes agencies of the United States responsible for lawful administration and enforcement of "tax" statutes.  The Plaintiff and Defendant have "diversity" of interest and citizenship.

Title 28 Section 1343 "**Judiciary and Judicial Procedure:**"

(a) district courts shall have original <u>jurisdiction</u> of any civil action authorized by law:

(1)     to recover damages for injury to a person or property…or <u>deprivation</u> of any RIGHT or PRIVELEGE…

(2)     to REDRESS the deprivation…secured by the U.S. Constitution or by any ACT of Congress providing for equal rights of all persons within the Jurisdiction of the United States…

(3)     to recover damages or secure equitable RELIEF or other (injunctive) relief under any ACT of Congress providing for the protection of civil rights…

---

Bell v. Hood, 71 F. Supp. 817-819 (SD Cal 1947) *"A court's power to enjoin invasion or abuse of constitutionally protected interests derives from the U.S. Constitution (the Protected Rights)."*

Nixon v. Condon, 286 U.S. 73 (1932) *"Damages may be obtained for injuries consequent upon a violation of the Fourth Amendment by federal officials should hardly seem a surprising proposition. Damages have been regarded as the ordinary remedy for an invasion of personal interests in liberty."* United States v. Classic, 313 U. S. 299, 313 U.S. 326 (1941) *"The Fourth Amendment guarantees to citizens the absolute right to be free from unreasonable searches and seizures (levy) carried out by virtue of federal authority."*

-------------------------------------------------------------------------------------------------

**Title 42 U.S.C. Section 1983 "Civil Action for Deprivation of Civil Rights." Fourth, Fifth and Fourteenth Amendments (Bill of Rights): It has long been held inviolate that the exercise of judicial power in the federal courts is the responsibility and duty to assure the vindication of constitutional interests as those embraced and held cherished by the Fourth, Fifth and Fourteenth Amendments to the U.S. Constitution.** [*The very essence of civil liberty certainly consists in the right of every American to CLAIM the protection of the laws of the United States whenever he/she receives an injury from the government or its employees responsible for administration and enforcement...*the government shall not make or enforce any law which shall abridge the privileges or immunities of citizens of the United States...**nor deprive any person of life, liberty, or property without due process of law...**]

<div align="center">

PARTIES

</div>

<u>Plaintiff</u>: Barry L. Cox is a natural born citizen of the United States. Plaintiff is a resident of the state of Arizona and former resident of the state of Texas and the state of California. The COMPLAINT demonstrates the proximate cause of injuries and damages <u>flagrantly</u> imposed by the Defendant. Plaintiff is authorized by applicable laws to act as Attorney Pro Se to appear in and attend all legal proceedings in which he has an interest relevant to defending his Constitutional RIGHTS and published legal rights to property.

<u>Defendant</u>: The United States constitutes a sovereign government. Defendant, in theory, is arbiter of individual freedoms and rights of all Americans. But in practice, Defendant's actions show a fundamental disregard for the rule of law.  [Henry A. Wallace, Vice President of the United States (1941-1945): *"Their final objective toward which all their deceit is directed is to capture political power so that, using the power of the state and the power of the market simultaneously, they may keep the common man in eternal subjection."*]

Defendant, promised under oath, to uphold and defend the U.S. Constitution, to fairly administer and enforce the "laws," enacted and published by the U.S. Congress. The applicable laws cited herein are irrevocably binding upon Defendant and Plaintiff. Nowhere in American jurisprudence, U.S. Constitution, or the U.S. "codes," is the Defendant authorized to exceed limited powers not granted by the U.S. Constitution or the U.S. Congress. Defendant is not authorized to promulgate unauthorized actions by executive order, treasury order, or administrative policy, to either directly or indirectly, under threat of penalty, impose 1040 tax upon the Plaintiff. The U.S. Department of the Treasury is an agency of the United States government. The Internal Revenue Service, as a matter of fact (and by its own admission), is not a valid or lawful legislatively approved "agency" of the Department of the Treasury. "IRS" was organized in Puerto Rico as a foreign corporation with limited administrative function [BATF] regarding collection of "excises," imposts," and "duties."

The "IRS" is the progeny of the Federal Alcohol Administration Act, Bureau of Alcohol, Tobacco and Firearms, and Bureau of Internal Revenue. The "IRS" is a self-policing "entity" which functions by its own unauthorized rules. As a renegade, the IRS operates by rejecting legal and conventional behavior. IRS pretends to be an authorized agency of the Department of the Treasury but the facts show the "IRS" lacks bone fide legislative statutory authority and delegation order authority under 26 USC, Sec. 7805 "Rules and Regulations *inter alia.* Shockingly, the "IRS" is **NOT** listed anywhere as a legally authorized tax collection "agency." IRS has no "legal" power to impose, assess, or collect 1040 tax under the auspices of The Inspector General for Tax Administration ("TIGTA") or the Secretary of the Treasury.

[See: Federal Register: Volume 41, Number 180, Wednesday, September 15, 1976 *The term Director of Bureau of Alcohol, Tobacco and Firearms Division has been replaced by the term Internal Revenue Service.* See: Title 27 U.S.C., Chapter 8, and Treasury Order No. 120-01 (1972) signed by Secretary of the Treasury, Charles E. Walker].

In consequence, the "IRS" simply makes up its own rules (Internal Revenue Manual) and "Publications" in contrast to published "laws" of the United States Code published in Title 26 USC and Title 27 USC. The evidence proving the IRS is a FRAUD is compelling and sufficient to raise an inference of misconduct. Defendant [Department of the Treasury, Internal Revenue Service, TIGTA] and even the Department of Justice and the "enabling" federal judiciary, in general, turn a blind-eye to the "illegality" of the administration and enforcement of published tax statutes and regulations. IRS malfeasance is rampant and partly responsible for the TEA PARTY movement.

The collection of federal income tax (Form 1040 tax) is a <u>SHAM</u>. Defendant allows misguided rank and file non-enforcement pocket commission IRS employees to have free <u>roam</u> to ravage the RIGHTS and PROPERTY of innocent unwitting Americans. To promulgate and maintain its deceptive power, a false image of legislative authority is erroneously claimed by IRS employees. But the IRS operates on DECEPTION and LIES to pilfer money and property in broad daylight. In consequence, Defendant promulgates and facilitates injustice and constitutional chaos. Defendant ignores the U.S. Constitution and the laws of the United States. To be clear, the facts "here" manifest the IRS is not an official authorized "agency" of the federal government. For sure, IRS rank and file employees are not authorized "delegates" of the Secretary of the Treasury or IRS Commissioner.

IRS rank and file employees are NOT authorized Internal Revenue Service Enforcement Officers of the IRS Commissioner (See: IRC Sec. 7608 and I.R.M. Part 1, Chapter 2, *Servicewide Policies and Authorities,* Section 44 "**Delegation of Authorities for the Collecting Process.**" IRS employees are NOT "appropriate ATF-TTB officers" of the Bureau of Alcohol, Tobacco and Firearms ("BATF") or the revised "Tobacco Trade Bureau" ("TTB").

> " *The general public is unaware that the IRC is limited in application. It cannot, does not, and never has been, applied against the United State's people who live and work within the 50 States of the Union. The (true) application of the tax code is limited to and imposed upon certain privileged occupational and/or special licensed ACTIVITIES. Taxable activities include the manufacture and distribution of certain commodities (i.e. alcohol, tobacco, firearms and fuels). The income tax laws were never applied against the people or their occupations in general because Congress was never granted power to "levy" a direct excise tax on the source of income of the American people."*
>
> - Gary Makovski (Former IRS-CID "Special Agent")
> [Excerpt from testimony at criminal trial of <u>United States v. William R. Lloyd</u> (acquitted of all tax crime charges)]

> "IRS employees are misguided about the published statutes and regulations regarding the Internal Revenue Code. I make this bold statement because, as a "special agent" of the IRS-CID in San Jose, California for 7 years, I too was misguided myself by my supervisors…until my own investigation of tax laws."
>
> - Joseph R, Banister, CPA (1998)
> www.freedomabovefortune.com

> "*Did you ever wonder why the IRS can not simply show Americans the law that requires us to file and pay 1040 income tax?*"
>
> -Tom Cryer, Attorney [Louisiana] (2009)
> www.truthattack.org & www.livefreenow.org

By allowing the Defendant to function as "robbers" for the government (unauthorized tax collection) the limited powers granted by the Constitution are exceeded.

-7-

Theft by deception constitutes unlawful direct tax under Article I, sections 2 and 9 (inter alia) of the United States Constitution and violates the 4th, 5th and 14th Amendments to the sacred Bill of Rights. The Defendant openly violates 26 CFR, Chapter 1, Part 1, Sec. 1.1-1 *Income tax on individuals* and 26 CFR, Part 1, Sec. 1.312-6;  Sec. 1.861-8(c) *Determination of taxable income*, and 28 USC, Chapter 176 *Federal Debt Collection Procedure,* inter alia.

> United States v. First City Nat'l Bank 386 U.S. 361, 366 (1966) *General rule is that one claiming exception to the prohibition of the taxing statutes (IRC Sections 6301, 6302, 6303, 6321, 6331, 6332, 6334, 6335, 7301, 7321, 7401 & 7403) has the burden of proof.*

> Goodwin v. United States 935, F.2d 1061, 1065 (9th Cir. 1991) *Absent literal compliance with statutory provisions, the government's levy cannot stand.* **When the IRS fails to strictly comply with the Rules and Regulations published in the tax code, the collection action is unauthorized and in violation of Section 7433, et. al.**

This ACTION establishes "verified" proof sufficient to raise an inference of Defendant's misconduct.  This court has power to correct wrongs imposed by Defendant. For this intent (balance of powers) was the federal judiciary created by the Founding Fathers. This court is capable of examining the evidence and "hearing" the facts.  Determining the truth of this ACTION is the business of the court. Plaintiff alleges, on information and belief, Defendant wrongfully engaged in breach, interference, negligence, fraud, theft, misrepresentation, and tortuous conduct. This court has the power to REDRESS injuries wrongfully imposed by the federal government and its employees.

<div align="center">EXPLANATION of NATURE of COMPLAINT with BACKGROUND</div>

1.      On November 2, 2009, Plaintiff filed a COMPLAINT [**ADMINISTRATIVE CLAIM] (U.S.P.O. Certified Mail 7007 1490 0005 0848 3563).**

The CLAIM for damages was filed with the Tax Inspector General for Tax

Administration ("TIGTA"), J. Russell George. The authority to recover damages

is provided by Internal Revenue Manual ("I.R.M.") Part 25, Chapter 3, Section 3 "Suits

against the United States and Claims for Damages;" 26 U.S.C. Sec. 7433 *Civil damages*

*for certain unauthorized collection actions*, and 27 C.F.R., Part 70, Sec. 70.333

*Offenses by officers and employees of the United States.*

2.      TIGTA cataloged the COMPLAINT as case number 55-0911-0093-C. The court

may access the CLAIM document pursuant to Title 5 U.S.C., Sec. 552(a) *Records*

*Maintained on Individuals.* The CLAIM is also authorized by Title 42 U.S.C., Section

1983 **Civil Action for Deprivation of Rights (4th, 5th & 14th Amendments)**.  The

CLAIM was timely submitted with TIGTA to exhaust "administrative remedies" before

filing this "instant" action in federal district court. Notwithstanding applicable law and

verified evidence in support thereof, TIGTA neglected to confront or investigate the

CLAIM. In essence, TIGTA is incompetent, non-responsive, and non-transparent.

3.      The controlling issues are RIPE in this court. Plaintiff demands recovery for

damages imposed by BOGUS "IRS" tax collection. In 2008, after four years of cogitating

the IRS lawsuit against Plaintiff (which commenced in 2004), a FINAL ORDER of

JUDGMENT was summarily issued by the federal district court in San Antonio, Texas.

Plaintiff, Barry L. Cox, is now authorized to bring this ACTION pursuant to 26 U.S.C.,

Sec. 6532 and its regulation 27 CFR, Part 70, Sec. 70. 251 *Period of limitations on suits*

*by taxpayers* and violation of the Fourth, Fifth, and Fourteenth Amendments, etc.

-9-

4.    Plaintiff, on information and belief, alleges and asserts the Defendant failed,

refused, or neglected, upon submitting complaint, perfected FOIA requests, and "notice

and demand," to examine, or investigate the verified evidence exposing IRS FRAUD.

Defendant ignored to consider, confront, and/or answer pertinent legal questions material

to Plaintiff's CLAIM.  Defendant refused with impunity to REDRESS unlawful conduct

complained of, answer questions, or admit facts condemning unauthorized tax collection.

> Spokesman for the IRS, Robert Marvin, in the Washington DC office Internal
> Revenue Service told Bob Unruh of WorldNetDaily.com (July 26, 2007): *"The
> Internal Revenue Code provides for taxation on salaries or wages."* But when
> pressed for a specific citation, congressional, or constitutional provision, he said,
> *" I CAN'T COMMENT."*

There is no doubt TIGTA, Secretary of the Treasury, and IRS Commissioner, neglected

or refused to adhere to the "laws" of the United States at the behest of complainant to

"administratively" resolve the issues of genuine dispute pertinent to Form 1040 or "doubt

as to tax liability."  Defendant also refused or neglected to protect the 4th, 5th & 14th

Amendment RIGHTS which, in this "instant" case, were blatantly violated. Evidence

shows Defendant acted with indifference and extreme disregard for the fundamental

principals most important to the preservation of the U.S. Constitution's Bill of Rights,

USC, CFR, IRC and 26 C.F.R., Section Part 301, Section 301.7433-1 "Civil cause of

action for certain unauthorized collection actions" which says in pertinent part:

> *"If in connection with the collection of a federal tax with respect to a taxpayer, or*
>
> *remedy, to recover any internal revenue tax alleged to have been erroneously*
>
> assessed or collected ... [a civil action may be filed in federal district court by the
>
> *injured party*...after appealing to the Inspector General for Tax Administration]"

5.      Plaintiff's *COMPLAINT* filed with TIGTA, and again reiterated "here," is authorized under I.R.M. 25.3.3.5.1 (09-28-2006) "Administrative Claims Procedure." The "CLAIM" filed with TIGTA was assigned to be investigated and resolved by government employee, Scott Sanders, TIGTA Complaint Management Team. But, after six months, TIGTA failed to make the required reasonable inquiry or investigation necessary to adequately determine the facts or resolve the CLAIM. TIGTA tendered no response and NO ANSWERS. Defendant "could not comment" when asked. TIGTA was DUMB-STRUCT by the revelation of complainant's irrefragable evidence. The only logical conclusion for TIGTA'S default is that Defendant could not function with competence to disprove Plaintiff's claim. Defendant's failure to answer crucial "legal questions" regarding tax law or "suspect" and/or controversial IRS employee authority (or verification of tax liability) to collect Form 1040 tax, is DERILECT. In consequence of TIGTA'S negligence and/or DEFAULT, there exists glaring evidence the Defendant is liable to compensate Plaintiff for damages claimed for unauthorized 1040 tax collection.

6.      Plaintiff's **Administrative Claim** filed with TIGTA contained all the "essential elements" required by the I.R.M., "IRC," 26 U.S.C. and 26 C.F.R. including verified and archived facts, authorities, applicable statutes, regulations, stare decisis, and other *pertinent* documents (description of injury and supporting evidence).

7.      The Plaintiff's CLAIM with TIGTA, and in this "instant" action, DEMANDS monetary compensation for injury and damages promulgated by wrongful "lien" and "levy" of personal and real property stolen (seized) by the IRS (i.e. money and residence

used as a place of business). The subject property belonging to Barry L. Cox was

confiscated by unauthorized tax collection acts ("dirty tricks") of the IRS, San Antonio,

Texas, District Office and the Civil Tax Division of the Department of Justice (Dallas,

Texas). IRS urged the DOJ to bamboozle the judge of court to avoid a hearing or trial.

Defendant filed motions suggesting the court need not waste its time bothering to

investigate or examine the frivolous "defensive" arguments and pleadings of Barry L.

Cox. IRS admonished the federal court to arbitrarily *"take the word of the IRS"* that

Barry L. Cox was delinquent in paying 1040 tax. IRS urged the court to deny any fair

opportunity for a hearing or trail to investigate the facts or evidence. The term

BAMBOOZLE is to deceive by under-handed methods ("dirty tricks").

8.      Plaintiff "here" asserts the law was breached. His Fourth, Fifth and Fourteenth

Amendment RIGHTS were unconsciously violated. To begin with, the RIGHTS of the

Plaintiff were trampled upon and/or ignored by IRS "Collection Department" employee

("Marquez") who erroneously imposed a bogus "lien" and "levy" on Plaintiff's property

in violation of 26 U.S.C. Sec. 6321 "Lien for taxes," and 26 U.S.C., Sec, 7301 *Property*

*subject to tax* defined in subsections (a) Taxable items, (b) Raw materials, and (c)

Equipment. Judicial Notice: The "subject" property unlawfully seized by the Defendant

is NOT identified as "taxable items," "raw material," or "equipment." As a matter of law,

the property seized by levy, belonging to the Plaintiff, Barry L. Cox, is NOT subject to

IRC Section 7301, inter alia, or 1040 tax. Even more insidious, the IRS never made a

valid assessment of 1040 tax for years 1988-1990. Defendant ignored these glaring facts.

-12-

9.     The cavalier "shot-gun" administrative and enforcement approach belatedly collecting 1040 tax by "lien" and "levy" violated 26 U.S.C., Sec. 6334 "Property exempt from levy" and IRS Restructuring and Reform Act of 1998, Sec. 3421 "Approval process for liens, levies and seizures," Sec. 3401 "Due process in Internal Revenue Actions," Sec. 3444(A) "Verification of taxpayer liability" and Sec. 3445 "Procedures for Seizure of Residences and Businesses," ACT subsection 3445(a)(13)(i)(ii)(B), which says:

> **Personal residence of a taxpayer is EXEMPT from seizure (levy)**
> **no matter the amount of tax owed if the property is used for taxpayer's**
> **trade or business. [ACT Sec. 3445(a) amending I.R.C. Sec. 6334(a)(13)]**

10.     The Defendant also violated IRS RR-ACT of 1998, "Procedures relating to extensions of statute of limitations by agreement" (See: IRC Sec, 6229 and 6503) and Sec. 4021 "Role of the Internal Revenue Service."  Malfeasance of Defendant constitutes ground for "relief."  Defendant failed to produce upon FOIA request the specific "assessment certificates" to verify tax liability.  Defendant failed to demonstrate proof of assessment:  (1) name of the taxpayer, (2) date and location of IRS district office in California where initial assessment was made, (3) name of the authorized "appropriate ATF-TTB officer" who initiated the assessment and name of approving supervisor, (4) character or type of tax which was timely assessed under IRC Sec. 6501 'Limitations on assessment and collection,' for tax periods 1988, 1989 & 1990 on Form 23-C, (5) identification the specific statute imposing 1040 tax on source of income of taxpayer, (6) manifestation of initial 23-C cycle date of assessment, (7) evidence that a notice and demand for payment of tax issued within 60 days after assessment by the "appropriate assessment officer" authorized to make the assessment (IRC Sec. 6303).

-13-

11.     IRS employee " Marquez" acted with negligence (absent statutory or delegation

order authority) in the scope of his government employment. "Marquez" clearly violated

26 U.S.C., Sec. 6331(j)(2)(A) **Verification of the taxpayer's liability.**

12.     The "IRS" tax collection action, in conjunction with DOJ lawsuit, failed to

inform the federal court judge, Fred Biery, that Plaintiff (Barry L. Cox) is NOT

identified by statute as a **taxpayer** under 26 U.S.C. Sec. 6011(b) **Identification of a**

**taxpayer.** Defendant failed to demonstrate Barry L. Cox is made liable for 1040 tax

under IRC Subtitles A and B, or Chapters 21 and 24 of the "code." Defendant also failed

to present a valid <u>assessment</u> of Form 1040 tax required by 26 U.S.C., Sec. 6201

"Assessment authority," 27 C.F.R. Part 70, Sec. 70.71 "Assessment authority," 26

U.S.C., Sec. 6203 "Method of assessment," and 27 C.F.R. Part 70. Sec. 70.72 "Method of

assessment." Without objection, erring court, swallowed hook, line, and sinker the "IRS"

deception to collect tax against claimant "here."

13.     IRS employee Jerry Marquez (pseudonym) pretended to be an internal revenue

enforcement officer (enforcement pocket commission) who initiated the assessment. But,

in fact, he was not. "Marquez" pretended to be an authorized "delegate" of the Secretary

of the Treasury. But, in fact, he was not. Conspicuously, when "Marquez" was directly

asked (cross-examination) <u>under oath</u>, at a court hearing in January 2008, in an affiliated

U.S. Bankruptcy Court {Case No. 05-53666 U.S. Bankruptcy Court, San Antonio

Texas}, the government's sole witness, "Marquez," was constrained to admit that he is

**NOT** (1) authorized as an "appropriate ATF-TTB officer," (2) an authorized IRS

enforcement officer (enforcement pocket commission) under IRC, Sec. 7608, inter alia, or, (3) authorized as a GS-09 or higher "delegate" of the Secretary required by Delegation Order 5-3 <u>Authority to sign and issue Notice of Levy</u> or Delegation Order 5-4 <u>Authority to sign and issue Notice of Federal Tax Lien</u>. "Marquez" also admitted he did not make the initial assessment of 1040 tax for years 1988, 1989 or 1990.

In consequence, the belated IRS "lien" and "levy" signed by "Marquez," against Plaintiff's real and personal property, are <u>unauthorized</u>. Notwithstanding this obvious factual conclusion, the unnoticing judge of the U.S. Bankruptcy Court, shockingly turned a blind eye to the revealing testimony of "Marquez," and arbitrarily ruled the IRS "lien" and "levy" signed by "Marquez" was, in general, normal IRS procedure. The erring court Texas judges, sympathetic to the IRS, approved bogus IRS levy of Plaintiff's property without a hearing or investigation to determine verification of tax liability. Defendant's misconduct is a violation of the Fourth and Fourteenth Amendment RIGHT, inter alia.

14.     Plaintiff was <u>unlawfully</u> and <u>belatedly</u> sued in violation of 26 U.S.C., Sec. 6502 "Limitations on Collection after assessment," Sec. 6503(a) **Suspension of running of period of limitations**, Sec. 6229 *Period of limitations for making assessments under Subchapter C* "**Tax Treatment of Partnership Items**" (See: IRS Form 872 "Consent to Extend Time to Assess Tax). The IRS also blatantly violated 26 U.S.C., Sections 6201, 6203, 6301, 6302, 6303, 6320, 6321, 6330, 6331(a)(b) et. al., 6332, 6334, 6335, 7301, 7302, 7303, 7401, 7403, 7433, 7608, 7804(b) & 7805 and their assigned enforcement regulations in 26 C.F.R. and 27 C.F.R. Part 70, Sections 70.01 to 70.803. Defendant also violated, 28 U.S.C. Sec. 3102(b) Prejudgment Remedies of the Fair Debt Collection

Practices Act, IRS Mission Statement and Title 5 U.S.C., Part I, Chapter

5, Subchapter II, Section 552(a) *Records Maintained on Individuals:*.

> (g) (1) civil remedies, subsection ( c ) {if the government} *fails to maintain record concerning any individual with such accuracy, procedure, timeliness, and completeness as is necessary to assure fairness in any determination relating to the qualifications, character, rights, or opportunities of, or benefits to the individual that may be made on the basis of such record, and consequently a determination is made which is **ADVERSE** to the individual....*{that individual has a cause of action}…

15.     The Defendant's (IRS) lawsuit against Barry L. Cox was filed in April 2004 in the

federal district court, San Antonio, Texas, as Case Number SA 04 CA 421 (FB).  The suit

was for the belated recovery of "back-taxes"(Form 1040) for tax periods 1988, 1989 &

1990 filed in California fifteen years previously. The IRS lawsuit erroneously and

inexplicably claimed  Barry L. Cox  was delinquent in excess of  $300,000.

Conspicuously, however, IRS Form 668(Y)(c) Notice of Federal Tax Lien and IRS Letter

3172 **Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC**

**6320** signed by "Marquez" in 2003 (attached) manifest the amount of alleged tax for year

1988 in the amount of $30, 078, year 1989 in the amount of $66, 188, and year 1990 in

the amount of $47, 711, or a total of **$143, 970.**  Fair examination of **FACTS, evidence**

and **LAW** reveal the IRS lawsuit is patently fictitious and FRAUDULENT.

" **The IRS is guilty of (1) manipulating official computer generated tax records and transcripts to create and contrive bogus assessments, (2) bogus tax return filing requirements, (3) inflated and fraudulent income tax, interest, and penalty assessments, and (4) promulgating an ongoing scheme to defraud American people out of money, property and constitutional RIGHTS."**

<div style="text-align: right">

-Joseph R. Banister, CPA (Former IRS-CID 'Special Agent')
**February 25, 1999 (San Jose, California) Author of Book: <u>Investigating the Federal Income Tax and Form 1040</u>**
**Internet Webpage: <u>www.freedomabovefortune.com</u>,  or**
**outreach@liivefreenow.org  (760) 868-4271**

</div>

16.     Government's civil lawsuit to collect 1040 back-taxes for years 1988, 1989 &

1990 failed to demonstrate or prove: (1) the specific identification of the statute of 26

USC imposing a liability for 1040 tax on the source of income of Barry L. Cox; (2) cite

the published law of 26 USC requiring Barry L. Cox to file Form 1040 with OMB control

number 1545-0074, or to sign it under penalty of perjury; or (3) identify the specific law

imposing liability to pay 1040 tax for years 1988, 1989 or 1990 (or any tax period).

17.     The "IRS" lawsuit neglected to demonstrate the IRS timely or properly

executed a valid and accurate ASSESSMENT of Form 1040 tax for years 1988, 1989 &

1990 by an authorized "appropriate ATF-TTB officer" (assessment officer) or Treasury

Official of the Department of the Treasury ("delegate")  required by law.

18.     The Texas federal district court wittingly or unwittingly acted as enabler of the

Defendant's lawsuit at the urging of the IRS.  The court judge, without inquiry,

summarily cooperated with bogus IRS tax collection. The record shows the Defendant

abused federal power of office in violation of law. The prejudicial acts of Defendant

blocked the RIGHT to due process and Fourth and Fourteenth Amendment. Defendant's

action infringed the fair opportunity of Barry L. Cox to be heard (26 USC, Sections 6320

& 6330) and/or to defend his property against tyranny.  Simply put, the malfeasance of

the Defendant blatantly denied the Constitutional RIGHT to a fair hearing or trial to

litigate and contest the genuine "doubt as to tax liability."

19.     To avoid confrontation with applicable rules and exculpatory evidence, in open court, the erring Defendant (pilfering IRS/DOJ) urged the sympathetic court to grant the government's "Partial Motion for Summary Judgment" to prevent or "block" Plaintiff's defense. The unlawful action to "block" the Plaintiff's RIGHT was made manifest by the Court judge summarily granting the government's motion. The court's doors were irrevocably closed. There was no "transparency" or hearing allowed to contest the IRS tax collection. Defendant acted with enmity, bad faith, and hostility. Simply put, the court ascertained from the evidence that Defendant (IRS) could never win if a hearing or trial by jury was permitted. For sure, the BOGUS tax claim of the IRS for 1988-1990 could not withstand scrutiny and examination of evidence in open court.

20.     The Defendant's prejudicial action against Barry L. Cox violates the "due process" RIGHTS of the Fourth and Fourteenth Amendments to the U.S. Constitution. Defendant violated 26 U.S.C., Sec. 7491 **Burden of proof**, which says in pertinent part:

(a) Burden shifts where taxpayer produces credible evidence

(1) General rule-

> If, in any court proceeding, a taxpayer introduces credible evidence with respect to any factual issue relevant to ascertaining the liability of the taxpayer for any tax imposed by subtitle A or B, the Secretary shall have the burden of proof with respect to such issue…

21.     As a matter of law, an authorized "appropriate ATF-TTB officer" of TIGTA must administer and enforce notice and demand for tax after a valid assessment. The collection of 1040 tax  must be under 27 C.F.R. Part 70. Part 70.81 Notice and demand for tax. [See: *Linwood Blackstone et. al. v. United States of America,* 778 F. Supp 244 [Dist. Md. 1991] and *Myrick v. United States,* [62-1 USTC 9112] 296 F 2d (5th Cir. 1961)].

22.     The federal judges (Texas) upon admonition by Defendant turned a blind eye to

the facts by ignoring strict procedural requirements for the IRS to demonstrate a

valid assessment, *inter alia,* of 1040 tax for years 1988, 1989 & 1990. Defendant failed

to comply with 28 U.S.C., Chapter 176, "Federal Debt Collection Procedure" under

Section 3102(b) Pre-Judgment Remedies. This law requires the IRS to file a civil action

to collect 1040 tax by judicially obtaining a "Writ of Attachment" or Tax Warrant.

> See: 28 U.S.C., Sections 351-364 "Judicial Improvements Act of 2002."
> The judge of the federal district court in San Antonio, Texas (Fred Biery),
> and the judge of the U.S. Bankruptcy Court, were sympathetic to IRS/DOJ
> efforts to block exculpatory evidence from a hearing or trial. Note: Subject Texas
> Courts engaged in conduct and behavior prejudicial to the effective expeditious or
> fair and just administration of the business of the courts.

23.     Plaintiff's **Fourth** and **Fourteenth Amendment Rights** (Due Process) were

egregiously underlined blocked by the Defendant.

24.     Plaintiff's protected rights for fair hearing or trial were **high-jacked** in violation

of 26 USC, Sec. 6320 & 6330 and IRS Restructuring and Reform ACT of 1998, Section

3401 "Due Process in Internal Revenue Actions" and Section 3421 "Approval process for

liens, levies and seizures."

---

Taxpayers have the RIGHT to have a fair "due process hearing" to defend against the IRS claim of tax liability. United States v. O'Dell 160 F. 2d  304, 307 (6th Cir. 1947) and Goodwin v. United States 935 F. 2d 1061 (9th Cir. 1991). *A Notice of Levy (or civil court action for collection of federal taxes) is not valid without a Writ of Attachment or Tax Warrant signed by a judge who has adjudicated the claim of the IRS and given the taxpayer a fair chanced to be heard in court at a hearing or trial. The statutory and regulatory authority to issue a federal tax LIEN or LEVY is reserved for authorized "delegates" of the Department of the Treasury or Commissioner. Delegation authority is only given to approved "appropriate ATF-TTB officers" of the BATF or TTB (Tobacco Trade Bureau) mandated by 27 C.F.R. Part 70, Section 70.141 Lien for taxes, Section 70. 161 Levy and distraint and Section 70. 51 Collection authority* which states: **The taxes (1040) imposed by provisions of 26 USC (internal revenue laws) enforced and administered by the Bureau (Bureau of Internal Revenue or BATF or TTB) MUST BE collected by "appropriate ATF-TTB officers."** [ Note: No laws exist which authorize rank and file IRS non-enforcement pocket-commission employees to impose liens, levies, or seizures under Delegation Order 5-3 or Delegation Order 5-4].

25.    Applicable statutes and assigned enactment or enforcement regulations:

31 U.S.C., Section 1304 "Judgments, awards, and compromise"

42 U.S.C., Section 1983 "Civil Action for Deprivation of Civil Rights"

26 U.S.C., Section 7433 "Civil cause of action for certain unauthorized collection
                  actions"

26 U.S.C., Section 6201 "Assessment authority" - 27 C.F.R. Part 70. 71 "Assessment
                  Authority"

26 U.S.C., Section 6203 "Method of assessment" - 27 C.F.R. Part 70. 72. "Method of
                  assessment"

26 U.S.C., Section 6301 "Collection authority" – 27 C.F.R. Part 70. 51 "Collection
                  authority"

26 U.S.C., Section 6331 "Levy and distraint" – 27 C.F.R. Part 70. 161 "Levy and
                  distraint" (a) Authority to levy (1) *"appropriate ATF-TTB
                  officer" who initiated the assessment* …(26 C.F.R. Part 301.
                  6331-1 (a) "Authority to levy"); [Section 6331(j)(2)(A)
                  "government required to complete a thorough investigation of
                  the facts and circumstances in verification of the taxpayer's
                  liability…before lien or levy or seizure action"]

26 U.S.C., Section 102 "Classification of taxes collected by the Internal Revenue
                  Service" – 26 C.F.R. Part 601.102 "Classification of taxes
                  collected by the Internal Revenue Service

26 U.S.C., Section 6330 "Right to a pre-levy Due Process Hearing"

26 U.S.C., Section 5690, 7343 & 7701(a)((1)  "Definition of Person"

26 U.S.C., Section 6012(a) "Persons required to make returns of income"

26 U.S.C., Section 6011(b) "Identification of taxpayer"

26 C.F.R., Part 1, Sec. 1.861T(d)(2) "Allocation and apportionment to exempt, excluded,
                  or eliminated income for federal tax purposes"

26 C.F.R. Part 1, Section 1.861-8T(iii) "Income that is considered taxable (D) Foreign
                  earned income as defined in section 911 and the
                  regulations thereunder…"

26 U.S.C., Section 6325 "Release of lien" – 26 U.S.C., Section 6326 "Administrative Appeal of Liens"

26 U.S.C., Section 7491 "Burden of Proof" [IRS has burden of proof in judicial actions]

26 U.S.C. Section 7804(b) "...recovery of tax alleged to have been ERRONEOUSLY or ILLEGALLY assessed or collected..."

26 U.S.C., Section 6334 "Property EXEMPT from levy"

26 U.S.C., Section 6335 "Sale of seized property" (Illegally Seized by IRS)

26 U.S.C., Section 7301 "Property subject to tax"

26 U.S.C., Section 7401 "Authorization"

26 U.S.C., Section 7403 "Action to enforce lien or to subject property to Payment of tax"

26 U.S.C., Section 7805 "Rules and Regulations"

26 C.F.R. Part 1, Section 1.1441( c )(3) "...tax imposed on individuals who are nonresident aliens"

26 C.F.R., Volume 1, Chapter 1, Part 1, Section 1.1-1 *"Income tax on individuals"* **...imposed  on taxable income of persons liable therefore, Chapter 61 of the Code under Section 6001 and following...**

I.R.M. Chapter 3 "Preservation of Rights and Remedies"

I.R.M., Part 5 "Collecting Process" – "Creation and Duration" (1) A Federal Tax Lien (FTL), (A) Assessment must have been made

I.R.M., Part 4.10.7.1.(1) "Imperative duty to identify law imposing tax liability," [*IRS employees must answer taxpayer generated questions imposing tax liability to help them meet their tax responsibilities*]

I.R.M., Part 1, Chapter 2, "Servicewide Policies sand Authorities," Section 44 "Delegation of Authorities for the Collecting Process" [Delegation Order # 5-3 Authority to issue notices of levy Delegation Order # 5-4 Authority to sign Notice of Federal Tax Lien]

I.R.S. Restructuring and Reform Act of 1998, Section 40. 30 "Notice of Intent to Levy"
     (Note: Right of taxpayer to demand a Pre-Levy Collection Due Process
     Hearing within 30 days of collection action); and Section 40. 100
     "Doubt as to tax liability; Section 3445 <u>Procedures for Seizure of
     Residences and Businesses (IRC Sec. 6334)</u>

ACT Sec. 4011 *Tax Law Complexity...**The IRS will conduct analysis and provide
answers to taxpayer questions in areas of frequent disagreement over the tax laws.***

Federal Rules of Civil Procedure, Rule 902 (4) "certified admissible evidence;"

28 U.S.C., Chapter 176 "Federal Debt Collection Procedure," Section 3102(b)
<u>Prejudgment Remedies</u>, Rule 69:

> "...collection of federal tax (lien/levy) must be preceded
> by a civil law suit in federal district court or state court
> by the DOJ acting for the IRS. The IRS must prove taxpayer
> is delinquent by a valid assessment and tax liability to secure
> a Writ of Attachment (Writ of Execution) or Court Order (Tax
> Warrant)...the Notice of Levy or <u>Notice of Federal Tax Lien</u>
> must demonstrate a "Tax Warrant" (Writ of Attachment) and
> must be attached to the lien or levy action."

Fourth Amendment to the U.S. Constitution [Bill of Rights] & Fifth Amendment to the
U.S. Constitution [Bill of Rights]

IRS Mission Statements: *Provide America's taxpayers top quality service by helping
them understand and met their tax responsibilities by applying the tax LAWS with
integrity and fairness to all. Taxpayers have the right to be treated fairly, professionally,
promptly and courteously by the Internal Revenue Service employees. Our goal at the IRS
is to make sure that your RIGHTS are protected, so that you will have the highest
confidence in the integrity, efficiency, and fairness of our tax system."*

                    -Charles Rossotti, IRS Commissioner
                    (Approved by successor Douglas Schulman)

<u>Farr v. United States</u>  990 F. 2d 451, 456 (9th Cir. 1993)

*The IRS lacks all authority and jurisdiction to issue Notice of Deficiency, Notice and
Demand for Payment of Tax, Notice of Federal Tax Lien and Notice of Levy on **property
which is EXEMPT from "levy."***

## RELEVANT MATERIAL FACTS

25.    26 U.S.C., Section 7433 et. al., imposes upon the IRS and the U.S. Courts to consider (adjudicate with fair due process) CLAIMS against the United States which include:

a.    the importance of the particular injury violated (IRC, USC, CFR 4th Amendment et. al.);

b.    the extent of deviation from lawful conduct (malfeasance of IRS employees);

c.    the extent to which the violation was willful and/negligent;

d.    the extent to which privacy and Amendment RIGHTS were violated;

e.    the extent to which granting damages or relief will prevent future violations of the tax code by "renegade" IRS employees, or hinder the government's ability to collect federal revenue taxes;  See:  Rev. Stat. Sec. 1979, Title 42 U.S.C., Section 1983.

26.    Fifth Amendment Right: IRS routinely <u>violates</u> the 5th Amendment right on Form 1040 which compels the filer to involuntarily sign under penalty of perjury [compelled testimonial communication]. See: 26 USC Section 6102(h) and (j)...*all returns and information filed may be given to the U.S. Attorney and Justice Department for criminal prosecution.*

27.    Tax returns <u>must be</u> **voluntary**. See: *Flora v. U.S. 362 U.S. 145 (1960) & Bothke v.Terry, 713 2d. 1405 (1983) [9[th] Cir.] and Garner v. U.S. 424 U.S. 648, 96 S. Ct. 1178 et. seq.*

28.    The LEGAL QUESTION for this federal district court (Arizona), which was ignored by Judge Fred Biery, the U.S. Bankruptcy Court (Texas), and "Defendant" Treasury Inspector General for Tax Administration (J. Russell George & Scott Sanders), as well as the current IRS Commissioner, is:

> Where the facts and evidence clearly demonstrate rank and file IRS revenue officers or employees refuse or neglect to adhere or comply with the published statutes and assigned enforcement regulations enacted by the U.S. Congress [i.e. USC, CFR, IRM, IRC, Parallel Table of Authorities and Rules (Federal Register), IRS Restructuring and Reform Act of 1998, Sections 3501, 3507 & 3512 of the Paperwork Reduction Act of 1995, OMB Form 83 & 83-1, Title 5 C.F.R. Sec. 1320.9 & Sec. 1320.8(b)(3) "Agency certifications for proposed collections of information" and IRC, Section 7805 "Rules and Regulations"] *inter alia,* **is there a cause of action for the Court to grant Plaintiff's COMPLAINT ?**

<u>Case Law</u>

Bell v. Hood, 71 F. Supp. 817-819 (SD Cal. 1947) "A court's power to enjoin (*to direct or impose by authoritative order with urgent admonition*) invasion or abuse *of* constitutionally protected interests derives from the U.S. Constitution (and the protected Rights)." [The judge of the federal district court in San Antonio, Texas (Case No. SA 04 CA 421 {FB}) violated these rights by blocking all evidence to verify tax liability and to a fair hearing and trial at the urging of the IRS to avoid confrontation and litigation of the truth of applicable tax statutes and enforcement regulations vindicating Barry L. Cox.]

**Fourth and Fifth Amendment (Bill of Rights)** It has long been held inviolate that the exercise of judicial power in the federal courts (as guardian of the Bill of Rights) is the responsibility and duty to assure the vindication (to set free) of constitutional interests as those embraced and held cherished by the Fourth and Fifth Amendments to the U.S. Constitution. [The very essence of civil liberty certainly consists in the right of every American to CLAIM the protection of the laws whenever he receives an injury.]

Wheeldin v. Wheeler, 373 U.S. 647 (1963), J.I. Case Co. v. Borak, 377 U.S. 426, 277 U.S. 437 (1964) *"The question is whether petitioner, if he can demonstrate an injury and damages consequent upon the violation by federal agents (IRS employees) of his Fourth Amendment Rights (Fifth Amendment Right), is entitled to REDRESS his injury through a particular remedial mechanism normally available in the federal courts."* [403 U.S. 390-395] " As a matter of law, the federal courts can…entertain a cause of action irrespective of whether a statute exists specifically authorizing a federal suit against federal officers for damages."

United States v. Classic, 313 U.S. 299, 313 U.S. 326 (1941) "The Fourth Amendment guarantees to citizens the absolute right to be free from unreasonable searches and seizures (levy) carried out by virtue of federal authority." [Where federally protected rights have been invaded (by IRS employees and DOJ employees) it has been the rule from the beginning that courts will be alert to adjust their remedies so as to grant the necessary relief]. <u>The Fourth Amendment operates as a LIMITATION upon the exercise of federal power…as it would for an act by a private citizen.</u>

Nixon v. Condon, 286 U.S. 73 (1932) "Damages may be obtained for injuries consequent upon a violation of the Fourth Amendment (or any protected right) by federal officials should hardly seem a surprising proposition. Damages have been regarded as the ordinary remedy for an invasion of personal interests in liberty."

Farr v, United States, 990 F. 2d 451, 456 (9th Cir. 1993)  *The IRS lacks all authority and jurisdiction to issue Notice of Intent to Levy, Notice of Deficiency, Notice and Demand for Payment of Tax, Notice of Federal Tax Lien, and Notice of Levy on property which is exempt from levy.* [IRC Sec. 7403 *Action to enforce lien or to subject property to payment of tax* and Sec. 7301 **Property subject to tax**]

Goodwin v. United States, 935 F. 2d 1061, 1065 (9th Cir. 1991) ***"…absent literal compliance with (required statutory procedures) the government's (IRS) levy cannot Stand…"***

Huff v. United States, 10 F. 3d 1440 (9th Cir. 1993) "…*notice of levy does not constitute conclusive evidence of a valid assessment of tax…*"

Pacific National Bank of Seattle v. IRS Commissioner, 91 F. 2d 103, 105 (9th Cir. 1937) " ***Treasury regulations are binding upon on the Government as well as on the taxpayer. Tax officials and taxpayers alike are under the law, not above it.*** "

<u>**REMEDY and RELIEF for VIOLATION of FEDERAL LAWS**</u>

29.     The thrust of this CLAIM (heart-of-the-mater) is that applicable laws (ACTS of CONGRESS), which have been published in the nation's codes (Federal Register & Parallel Table of Authorities and Rules), expressly mandated in clear and unambiguous language, <u>must be</u> correctly administered and enforced by federal employees who have been properly delegated with statutory and delegated order "authority."

30.     Defendant blatantly violated the applicable laws which caused grievous harm and injury to the Plaintiff. For certain, non-enforcement pocket commission IRS rank and file employees, the Inspector General for Tax Administration (TIGTA), IRS Commissioner, and even the federal courts (Texas), indifferent to the rule of law, acted to prevent Plaintiff, Barry L. Cox, from exposing the truth about the federal income tax laws in open court. The applicable evidence is clear!  There is NO DOUBT the Defendant failed to comply with the applicable tax laws & procedures. Defendant ignored privileged RIGHTS to protect Plaintiff's property. Defendant violated the protected FOURTH FIFTH & FOURTEENTH amendments.

31.     This federal court should, as a matter of law, exercise its power to accord a traditional form of judicial relief at the behest of Plaintiff (litigant), Barry L. Cox, who demands compensation for damages. Relief for injuries caused by willful or wrongful behavior of Defendant is the essential or "indispensible" cure for vindicating constitutional rights and other laws which have been glaringly violated.

32.     The facts clearly manifest the IRS is a renegade unit of the Department of the Treasury and sets at defiance the published laws of Title 26 USC, and 26 CFR, *inter alia.* Evidence shows the "IRS" harmed Plaintiff, Barry L. Cox, by illegally imposing a FRAUDULENT scheme to DECEIVE the Court. "IRS" submitted misleading and false statements of tax liability predicated on secret combinations, propaganda (bogus collection actions), and "dirty tricks." "IRS" acted to circumvent the applicable rule of law to wrongfully administer and enforce the "federal tax system."

-26-

33.     26 U.S.C., Section 7433 is an express <u>congressional authorization</u> for any American who can demonstrate the IRS knowingly and willingly ignored the applicable laws and rights guaranteed to protect Americans. This "statute" is foundation for Plaintiff to recover damages.

34.     Plaintiff, Barry L. Cox, alleges and asserts, upon information and belief, the published laws of this nation (statutes and regulations), United States of America, are relevant and material. These laws have  NOT  been repealed by any Act of Congress. The Defendant subverts and twists the law when ever possible to avoid scrutiny. Bill of Rights are still the standard for all Americans, agencies and courts of the United States. Title 26 USC, Title 26 CFR, Title 27 CFR, IRC, IRS Restructuring and Reform Act of 1998, The Paperwork Reduction Act (Revised 1995), Federal Register, IRM, etc. are the <u>current</u> applicable LAWS mandating tax collection procedures.  These laws must be governed by those specified "delegates" having executive, statutory, and judicial authority. The Defendant's **bad behavior must be addressed and corrected.**

35.     <u>Many Americans agree the sacred and cherished RIGHTS of the people are unprotected and unavailable when needed in the Courts of the United States.</u>  [This fact is evidenced by the plethora of websites claiming IRS FRAUD:

        www.FreedomLawSchool.com,

        <u>www.GivemeLiberty.org</u>,   www.TruthAttack.org

        wwwFreedomAboveFortune.com, etc.

America's heritage has become a culture of corruption. [See: Book: <u>Lies the Government</u> <u>Told You</u>, [Published in 2010] by Judge Andrew Napolitano (Fox TV News legal counsel and Fox TV Host). Excerpt from his book (infra) and his other current books:

**Constitutional Chaos, A Nation of Sheep, The Constitution to Exile]**

> "The government's lies have become our country's heritage…
> the primacy of the individual American and limited government
> are violated routinely and with little objection from those most
> affected…we the people."

36.     Plaintiff, Barry L. Cox, on information and belief, alleges and asserts the American people and residents of the United States are wrongfully informed by IRS publications, IRS brochures, and IRS instruction pamphlets. IRS Publications are written with cunning intent to deceive the public (and the courts) about the correct application of tax statutes. IRS deception has been active over 80 years. Whistleblowers are increasing and defecting the IRS and other government agencies as American democracy is subrogated by fascism and social policies by those in power. Americans ask: Is the <u>income tax</u> a giant FRAUD? The government's response to inquiry…NO ANSWER! NO TRANSPARENCY! See: 2004 film by Aaron Russo, **"America: Freedom to Fascism"** <u>www.freedomtofascism.com</u> and www.livefreenow.org.

37.     Plaintiff, Barry L. Cox, on information and belief, alleges and asserts the RIGHT to REDRESS WRONGS in this jurisdictional court. As a matter of law, this court has a duty to "hear" this COMPLAINT. The evidence MUST BE fairly adjudicated at a hearing or trial to determine the truth of the genuine and material facts in dispute.

## CAUSES OF ACTION

### COUNT ONE

**UNAUTHORIZED EXERCISE OF FEDERAL POWER,
VIOLATION OF FOURTH, FIFTH, AND FOURTEENTH AMENDMENTS TO
THE U.S. CONSTITUTION, TITLE 26 USC, TITLE 26 CFR, TITLE 27 CFR, IRS
RESTRUCTURING ACT OF 1998, INTERNAL REVENUE MANUAL, FEDERAL
REGISTER, ["PRA"]  PAPERWORK REDUCTION ACT (1995 Rev.)**

38.     Plaintiff, Barry L. Cox, again alleges, reasserts, adopts and incorporates, by

reference all of the above (supra) paragraphs of COMPLAINT on pages 1 through 28 as

set forth herein. Plaintiff declares under penalty of perjury that the pleadings of this

COMPLAINT are verified, true and correct pursuant to 28 U.S.C., Sec. 1746(1).

### SUMMARY of  INDISPUTABLE FACTS

39.     Defendant unlawfully brought a civil action in federal district court [Case No.

SA 04 CA 421 (FB)] to collect BOGUS (unauthorized) "back taxes" (Form 1040 tax) for

years 1988, 1989 & 1990 after expiration of 26 U.S.C., Section 6501 "Limitations on

Assessment and Collection of Tax" including Section 6502" Limitations on Collection

after assessment," inter alia.

40.     Defendant failed to identify a law imposing Form 1040 tax on the source of

Plaintiff's income. Defendant failed to demonstrate a valid or timely assessment, notice

and demand for tax, lien, or levy, was proper, or made by an authorized "delegate."

41.     Specifically, the referenced IRS action, seeking Form 1040 taxes, filed in the United States District Court for the Western District of Texas, was bereft of legal foundation, subject matter jurisdiction, and probable cause. The Plaintiff, Barry L. Cox, was denied the FOURTH Amendment RIGHT (due process) to a "fair" hearing to contest the bogus IRS lien/levy action (absent signed Tax Warrant). Plaintiff's right to Pre-Levy Due Process Hearing (IRC Sec. 6320, 6330) was ignored by Defendant.

42.     District Court judge, Fred Biery, and U.S. Bankruptcy Court, blocked all evidence submitted by Barry L. Cox demonstrating IRS violations of tax law.  The "evidence," which TIGTA refused to confront, is now submitted in this COMPLAINT and establishes the "illegality" of the Defendant's civil suit for "back-taxes" for years 1988, 1989 & 1990 and Plaintiff's cause for damages.

43.     Defendant's "Motion for Partial Summary Judgment," to shield litigation of the malfeasance of IRS and confrontation of applicable tax laws in open Court, infringed the Plaintiff's rights. For sure, a fair hearing or trial, would have exposed the FRAUD and erroneous tax collection scheme by Defendant.  Plaintiff's RIGHT to a hearing or trial to extricate himself was summarily and inexplicably DENIED…no explanation!

44.     The final judgment and Order of Seizure [Writ of Attachment] to levy property owned by Barry L. Cox was issued in January of 2008. Petitioner's motions for relief were ignored with bad faith and hostility at the urging of the IRS.

45.     Plaintiff's good faith efforts to file Chapter 13 Bankruptcy in U.S. Bankruptcy Court, San Antonio, Texas, seeking relief of levy, was inexplicably blocked by the Federal District judge, Fred Biery, and the U.S. Bankruptcy Court judge. The incestuous sympathy shown by the courts to the IRS enabled unauthorized tax collection. Defendant never bothered to consider an analyze the facts or the evidence. In consequence, Plaintiff's payments paid into the Chapter 13 Bankruptcy Trustee (Marion A. Olson) amounting to $23,000 was unlawfully seized by unauthorized Notice of Levy signed by IRS revenue officer Jerry Marquez. Conspicuously, "Marquez" admitted in Bankruptcy Court, under oath, (2008), that he was NOT authorized by Delegation Order 5-3 "Authority to issue Notice of Levy."

46.     In consequence of the Defendant's malfeasance, the Plaintiff's personal residence valued at $325,000 (used as place of trade and business office), was illegally seized in February 2008 and sold at IRS auction in July 2008 for $249,000.

47.     Defendant's unauthorized tax collection action caused great harm and financial insolvency of the Plaintiff. The injury suffered is irreversible DAMAGE resulting in extreme financial hardship.

[Note: These facts (*infra*) are documented and archived with the San Antonio, Texas County Office of Records, (Recorder's Office), IRS District Office, San Antonio, Texas, the clerk court docket records manifesting motions and pleadings of the U.S. Federal District Court, San Antonio, Texas {Case No. SA 04 CA 421 (FB)} and U.S. Bankruptcy Court, San Antonio, Texas {Case No. 053666}, as a matter of fact]

48.     Defendant violated Title 18 USC, Chapter 41, Section 872 "Extortion by

Officers or Employees of the United States."

> *Whoever being an officer, or employee of the United States or any department or agency thereof,*
> *or representing himself to be oar assuming to act as such, under color of pretense of office of*
> *employment commits or attempts an act of extortion, shall be fined under this title not more*
> *$10,000 or imprisoned more than three years... "*

**Extortion:** *the act or practice of obtaining money or property by force, intimidation, or*
*illegal power, or by cunning ingenuity or compelling argument in violation of law.*

49.     The available evidence of this case manifest the IRS, as a rouge agency, lacks all

statutory and delegation order authority to assess or collect 1040 tax on the source of

income of Plaintiff, Barry L. Cox.  For sure, applicable published statutes and regulations

of 26 USC, 26 CFR, 27 CFR, Parallel Table of Authorities and Rules [Federal Register],

and IRM, mandate the collection of all taxes under the statutes of 26 USC <u>MUST BE</u>

collected by "appropriate ATF-TTB officers" of the Bureau (Alcohol, Tobacco and Trade

Bureau/TTB Tobacco Trade Bureau) demonstrated on Department of the Treasury Chart.

> See: 26 USC, Section 6301 **"Collection authority."** This statute **must be**
> enforced by regulation published in the Parallel Table of Authorities and Rules at
> 27 CFR, Part 70. Section 70.51 "<u>Collection authority:</u>"

> > **"The taxes imposed by provisions of 26 USC, enforced**
> > **by the Bureau, <u>MUST BE</u> collected by 'appropriate**
> > **ATF-TTB officers' of the Bureau."**

> 26 USC, Section 6331 **"Levy and distraint"** is assigned to be enforced by
> regulation published in the Parallel Table of Authorities and Rules at 27 CFR,
> Part 70., Section 70. 161 "<u>Levy and distraint:</u>"

> > **"(a) Authority to levy (1) In General. If a person liable**
> > **to pay any tax neglects or refuses to pay the tax within**
> > **10 days after notice and demand, the appropriate**
> > **ATF-TTB officer who initiated the assessment may**
> > **proceed to collect the tax by levy..."**

50.     26 USC, Section 6201 **"Assessment authority,"** Section 6202 **"Establishment of mode and time of assessment,"** and Section 6303 **"Method of assessment"** are specifically assigned to 27 CFR, Part 70, Section 70.71 "Assessment Authority" and Section 70,72 "Method of assessment" which MUST BE administered and enforced by "appropriate ATF-TTB officers" of the Bureau, as a matter of law. [ Note: **The IRS ignores these laws and regulations with impunity**].

51.     26 CFR, Part 601, Section 601.102 **Classification of taxes collected by the Internal Revenue Service.**

Taxes collected by assessment;

   (1) Taxes collected by means of revenue stamps…(b)(1)(i) income and profits taxes imposed by Chapters 1 and 2 of the 1939 Code and taxes imposed by subtitle A of the 1954 Code, relating to income (excises, duties, posts) taxes.

52.     Defendant "here" failed to reasonably examine or investigate the applicable tax laws and facts to verify the nature or source of income of Barry L. Cox to accurately determine if any published statute of 26 USC, 26 CFR, or 27 CFR imposed a liability for 1040 or "back-taxes" for years 1988, 1989 or 1990, or determine or verify that a valid assessment was lawfully made by an "appropriate assessment officer" for any tax year.

53.     Defendants failed upon request of Plaintiff, Barry L. Cox, to correctly identify the applicable statute (law) or assigned enforcement regulation to impose a IRS liability for 1040 tax collection action for any tax period. *This failure is a violation of the IRS Mission Statement and law.*

54.     Simply put, the undisputed facts show that **NO "law" exists that requires an individual (American) to file Form 1040 income tax return, or to sign** (*compelled testimonial* communication) **Form 1040 with control number 1546-0074, under penalty of perjury, and waive (give up voluntarily) his/her Fifth Amendment Right, or face civil or criminal penalties.** Defendant neglected to confront this FACT.

55.     The Defendant "here" failed to confront or answer pertinent questions (supra) to justify lien, levy, or seizure of Plaintiff's property. The IRS, a self-policing organization, does NOT answer to anyone. IRS failed to prove authority under Delegation Order Number 5-4 "Authority to sign Notice of Federal Tax Lien," or Delegation Order number 5-3 "Authority to impose Levy," required by IRM, Part 1, Chapter 2 <u>Servicewide Policies and Authorities</u>, Section 44 "*Delegation of Authorities for the Collecting Process*" to commence collection of 1040 tax upon Plaintiff's property.

56.     A bastion of credible and scrupulous tax experts (whistleblowers) and scrupulous statesmen (names on file) published official statements proclaiming the IRS in this "instant" matter defaulted to verify tax liability for 1040 tax and/or prove statutory or delegation order authority before "lien" or "levy."

57.     The failure of the Defendant to properly answer questions of petitioner, or to prove IRS authority, is a violation of 28 USC, Chapter 176 "Federal Debt Collection Procedure," Section 3102(b) "Prejudgment remedies," inter alia.

58.     The evidence is clear. Defendant's malfeasance demonstrates a <u>reckless or intentional disregard of the applicable provisions of the Internal Revenue Code</u>.  The erroneous tax collection by rank and file IRS (non-enforcement) employees is a violation of the statutes and regulations referenced in this COMPLAINT and a violation of the protected rights under the Fourth and Fifth Amendments, inter alia.

59.     Again, for sure, the evidence asserted in this COMPLAINT is incontrovertible. The IRS (Defendant) also violated the following sections of the <u>Internal Revenue Service Restructuring and Reform Act of 1998</u>:

Sec. 3306 Procedural requirements for imposition of penalties and addition to taxes;

Sec. 3401 Due Process in Internal Revenue Actions…Right to a Fair Hearing;

Sec. 3421 Approval process for liens, levies and seizures;

Sec. 3444(A) Verification of taxpayer liability [IRC Sec. 6331(j)(2)(A)];

Sec. 3445 Procedures for Seizure of Residences and Businesses
        **(a)** (13) (i)(ii) (B) **Personal residence of a taxpayer is EXEMPT from seizure no matter the amount of tax owed if the property is used for <u>trade or business</u>;**

Sec. 3461 Procedures relating to extensions of statute of limitations by agreement;

Sec. 3463 Notice of deficiency to specify deadlines for filing tax court petition;

Sec. 3468 Prohibition on requests to taxpayers to give up rights to bring actions (against the IRS)

Sec. 4021 Role of the Internal Revenue Service (administrative only)

60.     Simply put, when given a fair chance Defendant cannot answer simple direct questions about tax liability and IRS authority (no transparency).

61.     The Defendant's failure to confront or properly answer Plaintiff's questions with
any degree of competence or integrity is an injury causing damage to the Plaintiff.  The
"stupid" IRS assertions that Plaintiff's legal questions are "frivolous arguments" which
the courts have consistently rejected, and therefore, the IRS does not have to address or
answer, is a cowardly COP-OUT and admission that Form 1040 tax is BOGUS.  IRS
clearly violated IRS Restructuring and Reform Act to be *transparent.*

62.     The failure of the  Defendant  to demonstrate and prove tax collection authority is
hard evidence the IRS is a rogue unit of the Department of the Treasury and has no valid
statutory or delegation order authority to assess 1040 tax, issue "letters," "notices," liens,
levies or seizures.

IRM, Part 4.10.7.1 (1):

> *It is imperative that examiners can identify the correct tax liability as prescribed
> by the Internal Revenue Code and correctly interpret its meaning in light of
> congressional intent, and in a fair and impartial manner correctly apply the law
> based on the facts and circumstances of the case.* [The IRS, as an agency, is a
> bureaucratic bastion of incompetent renegade employees who ignore the law.]

Joseph R. Banister, C.P.A., (Former IRS-CID Special Agent):

> *If each American takes the time, as I did, to investigate the way in which the I.R.S.
> administers and enforces the federal income tax, I believe the evidence will
> absolutely shock their conscience and cause them to immediately join the effort to
> end this terrible blight on the American transition of liberty and justice for all.*

## As a MATTER of LAW

63.     Again, to be perfectly clear about the applicable LAW, Plaintiff alleges on information and belief, the Defendant endeavors to avoid applicable law enacted by the U.S. Congress which clearly states that no collection of tax can be verified without:

(1) identifying the statute imposing 1040 tax and proving statutory authority;

(2) demonstrating a valid and timely assessment signed by an "appropriate ATF-TTB officer" of the Bureau (TTB);

(3) mailing a notice of deficiency and notice of demand for tax (26 USC Sec. 6303 and 27 CFR, Part 70. Sec. 70.81) within 60 days of a valid assessment;

(4) issuing a valid Notice of Federal Tax Lien signed by an authorized Treasury Official defined and identified in Delegation Order number 5-4 "Authority to sign Notice of Federal Tax Lien;

(5) filing a law suit in federal district court claiming delinquency of 1040 tax and proving tax liability has been verified by the IRS and obtaining a Writ of Attachment (Tax Warrant) or Writ of Execution signed by a federal district judge to be attached to the Notice of Levy and Notice of Federal Tax Lien.

64.     See: IRC Section 7401 *Authorization*, Section 7403 *Action to enforce lien or to subject property to tax*, Section 7321 *Authority to seize property subject to forfeiture*, and Section 7608 Authority of internal revenue enforcement officers (Series 1811 Pocket Commission).

"It should be clear that the IRS' power (authority) to levy must be strictly followed by the applicable statutes in the tax code. Only property already possessed by the Secretary is subject to levy, and only property subject to forfeiture can be seized and brought into the possession of the Secretary if that property is not already possessed by the Secretary. Seizure is limited to certain specific items. Sections 7301 & 7321 and Section 7608(b)(2)(C) strictly limit seizure authority to 'property subject to forfeiture.' Such property is described and defined in sections 7301 and 7304. Property not subject to forfeiture cannot be seized legally, and a levy on any other property must be made on items already in possession of the government. Section 6331(b) further states that a levy extends only to 'property possessed' by the Secretary."

-John J. Schlaback, C.P.A., J.D. [2003]
Box 58 Colbert, Washington 99005

65.     In this case, the IRS (Defendant) harmed Plaintiff by unlawfully promulgating and causing the illegal seizure of Plaintiff's residence used as a place of business for expired "back-taxes" for years 1988-1990. The renegade "IRS" never assessed 1040 taxes.  The law is clear...no proof of assessment of tax...no collection authority.

66.     Again, to be clear, the collection action was commenced by Jerry Marquez (pseudonym) a non-enforcement pocket commission revenue officer (IRS Collection Dept, San Antonio, Texas {2004}) who by his own testimony, in U.S. Bankruptcy Court, San Antonio, Texas {2008}) admitted (under oath) he is NOT an authorized "appropriate assessment officer" or Treasury Official GS-09 or higher.

67.     Defendant knowingly and willingly refused to answer sincere, good faith legal questions (administratively or in open court) pertinent to authority to impose tax, impose lien, impose levy for Form 1040 tax upon the property of Barry L. Cox.  This fact is irrefutable.  Defendant failed to demonstrate verification of 1040 tax liability in violation of 26 USC Sec. 6331 et.al. Defendant acted with impunity refusing and neglecting to comply with the rules and regulations of 26 USC, Section 7805 et.seq. Without the IRS illegal collection of bogus tax for years 1988, 1989 & 1990, the petitioner would not have suffered damages.

68.     On information and belief, Plaintiff asserts IRS employees, DOJ attorneys, and federal judges, have but a *scant* knowledge of the Internal Revenue Code, Code of Federal Regulations or the Internal Revenue Manual and that knowledge is *tilted.*

-38-

69.     THEREFORE, in consequence of the failure of the Defendant to establish

verified proof of tax liability for 1040 tax for years 1988, 1989 & 1990 (or any tax

period), and failure to demonstrate evidence the petitioner is made liable for 1040 tax by

published law, or Plaintiff's property seized by the self-policing IRS was "property

subject to seizure," "subject to forfeiture," or "subject to levy," this court must

conclude, as a matter of law, Defendant violated subject tax laws and protected

RIGHTS guaranteed in the Fourth and Fifth Amendment to the U.S. Constitution (Bill of

Rights) and the IRC, CFR & IRM.

70.     The Court "here" is obligated by law to order Defendants to show cause why

Plaintiff's COMPLAINT should not be granted.  For sure, the wrongful acts and "sins of

the IRS" have injured the complainant.

> [Newt Gingrich, Speaker of the House of Representatives: *"The Internal Revenue Code is an inexplicable monstrosity…who can really understand it?"*]

> Lindsay Graham, U.S. Senator ( R ), member of Senate Finance Committee and IRS oversight:  *"The Internal Revenue Code should be abolished and placed in the history books where it belongs."*

<div align="center">

### COUNT TWO

### DECLARATORY JUDGMENT
### (28 U.S.C. Sec. 2201 {an alternate to Jury Trial})

### RELIEF  DEMANDED

</div>

71.     Plaintiff realleges, adopts, and incorporates by reference pages

1 through 38 above as fully set forth. There is an exigency  and  public

controversy of immediacy and concreteness relating to the legal rights of the Plaintiff

(and Americans in general).  Court's duty is now to grant RELIEF  sought under

28 U.S.C., Section 2201. The harm imposed upon the Plaintiff caused by the Defendant's malfeasance is sufficiently imminent to warrant the issuance of a conclusive declaratory judgment clarifying RIGHTS of the Plaintiff.  WHEREFORE, Plaintiff PRAYS the Court to declare the actions complained of against the Defendant to be in violation of 42 U.S.C., Sec. 1983, referenced statutes of 26 U.S.C., referenced regulations of 26 C.F.R., referenced regulations of 27 C.F.R., referenced sections of the Internal Revenue Code,  referenced sections of the IRS Restructuring and Reform Act of 1998, the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

Plaintiff further prays the court to declare that rank and file non-enforcement pocket commission IRS employees (like Jerry Marquez, pseudonym) are not "delegates" of the Secretary of the Treasury or IRS Commissioner. Order the Defendant to confront and ADMIT most IRS employees are not authorized by statute or delegation order authority to make assessments of 1040 tax, issue notices, letters for collection of 1040 tax, liens, levies, or seizures under the auspices of the Secretary of the Treasury or Inspector General for Tax Administration.  Order Defendant to ADMIT  the  IRS wrongfully issued ERRONEOUS unauthorized letters and notices to collect bogus 1040 taxes for years 1998-1990 upon Plaintiff in violation of 26 USC, IRC, 26 CFR, or 27 CFR, or any Delegation Order number published in the IRM (on file).

72.        Issue ORDER declaring Defendant is incompetent to identify the specific statute or regulation under the provisions of the Chapter 1 and 2 of the 1939 tax code,

-40-

income or profits taxes, or taxes imposed by subtitle A of the 1954 tax code imposing

federal 1040 tax or in the 1986 tax code on the source of Plaintiff's income pursuant

to 26 CFR Part 601, Section 601. 102 "Taxes imposed by the Internal Revenue

Service" including 26 USC, Section 6001 and following ["Income tax on

individuals"] published in 26 CFR, Section 1.1-1. For certain, this regulation does

NOT impose 1040 tax liability on the source of Plaintiff's income.

73.     Order Defendant to ADMIT incompetence to identify the statute or

regulation in 26 USC, 26 CFR, 27 CFR, or IRC, requiring Plaintiff to complete and

file a Form 1040 with OMB control number 1545-0074 and sign it under penalty of

perjury while simultaneously waiving the Fifth Amendment protected Right, or face

penalties.

74.     Order Defendant to revoke all bogus and unauthorized tax collection

action (IRS "letters" and "notices") for years 1988-1990 and 2001-2008 or any tax

period  (which have not been properly assessed by an authorized "delegate").

75.     Order Defendant to compensate petitioner for **actual** damages for injury

suffered at the hands of unauthorized IRS employees regarding unlawful and illegal

levy and seizure of personal residence used in a trade or business for expired tax

periods 1998, 1989 & 1990 under Case No. SA 04 CA 421 (FB).  Order Defendant to

compensate Plaintiff for value of residence stolen by "levy" valued at $325,000 in

January 2008 and sold at IRS auction for $249,000 in July 2008.

76.      Order Defendant to compensate Plaintiff for stolen bankruptcy trust
account in amount of $23,000 confiscated (seized by levy) by Jerry Marquez
(pseudonym) in February 2008.

77.      Order Defendant to expunge all references of Plaintiff, Barry L. Cox,
as a "taxpayer" liable for 1040 tax in the IRS "System of Records." Order Defendant
to CEASE and DESIST (injunctive relief) from unauthorized IRS tax collection
against Plaintiff immediately and in the future.

78.      Impose sanctions and penalties on Defendant for **punitive** damages
in a reasonable amount for the pain and suffering of Plaintiff promulgated by
Defendant's reckless and unlawful behavior causing irreversible harm.

79.      In Sum, Plaintiff acted in good faith to ask Defendant to answer specific
questions to clarify the confusion and chaos regarding the application of Form 1040
tax. Plaintiff would not knowingly or deliberately act to evade or avoid any valid
1040 tax liability. Defendant, however, acted with disrespect and reckless behavior.
Defendant refused to confront and address legal questions to clarify the law imposing
1040 tax liability.  For sure, Plaintiff suffered devastating DAMAGES as a result of
Defendant's malfeasance.  Enjoin Defendant and any other government agency or
employee acting in behalf of the United States from imposing or enforcing bogus tax
collection, retaliation, or vengeance against the Plaintiff, and to take such judicial
action necessary and proper to remedy Defendant's violations derived from actual
or attempted enforcement. Order an award to Plaintiff for reasonable litigation

-42-

1  compensation and for the ancillary costs and damages inflicted by the Defendant

2  which the court may deem just and proper.

3  " Once you have properly educated yourself, you will be in a better position to decide
4  whether you would rather have an income tax system based on FRAUD and DECEPTION
   or on a system of honesty, integrity and rule of law. "
5

6                                                    -Joseph R. Banister (CPA) (09/01/2000)

7  " Internal Revenue Service itself admit that far too many of the countless
   assessments, seizures, levies, and liens that the IRS executes each year are
8  inappropriate and in open violation of the law."

9
                                       -U.S. Senator, William Roth
10                                     Book: Power to Destroy (1998)
                                       Page 73 "IRS Collections"
11

12 " There is no law making the average working man liable for income taxes (Form 1040).
    There is no law or regulation that allows the IRS to contend that earnings are 100 percent
13  profit received in exchange for nothing. The right to earn a living through any lawful
    occupation is a constitutionally protected fundamental right, and the income from that labor is
14  EXEMPT from taxation, as a matter of law."

15                                         - Tom Cryer, Louisiana Constitutional Attorney
16                                         [Acquitted in 2007 from criminal tax charges for
                                           tax evasion.  See: FreeEnerprizeSociety.com and
17                                         www.truthattack.org]

18 " It almost seems that the IRS writes its own laws and cannot be held accountable for its actions.
19 The truth is, however, the IRS does have procedures it must follow and the U.S. Congress enacted
   laws that they must follow. The most unfortunate part is that the IRS employees don't comply
20 with the statutes and regulations of 26 USC and 27 CFR, and do not follow their own written
   procedures (Internal Revenue Manual) and bend the laws and procedures when they can get away
21 with it. "

22                                         -Peymon Mottahedeh (2009)
                                           President of Freedom Law School
23                                         9582 Buttemere Road
                                           Phelan, California 92371
24                                         (949) 833-0570
                                           www.livefreenow.org
25  Respectfully submitted,

26
   By                                              Dated: June 21, 2010
27   Barry L. Cox, Plaintiff
     Attorney Pro Se
28   530 E. Hunt Hwy
     Suite 103  Box 249
     San Tan Valley, AZ 85143

-43-

<u>Notes, Quotes, Statements, Points, and Authorities in Support of COMPLAINT</u>

1. Sunday, July 3, 2003, Devvy Kidd devvyk@earthlink.net <u>Levies and Seizures</u>" The Truth:

The following letter contains some very important information that Americans need to know and understand about how the IRS pulls off fraud (dirty tricks) with their seizures and levies. **It reveals the depths to which the IRS will go to cheat Americans out of money and property without due process.**

Proponents who advocate IRS FRAUD and DECEPTION, believe the key to exposing the illegality of income tax lies in proving these contentions:

- That the IRS is not an authorized agency of the government and has no authority to conduct business;
- That the government's jurisdiction is not valid;
- The fraudulent ratification of the 16th Amendment unlawfully wiped out the apportionment clause of the constitution;
- That an individual is, without question, forced by coercion under threat of imprisonment) to involuntarily surrender (give up) his/her protected and guaranteed Fifth Amendment Right against self-incrimination by filing any tax form under penalty of perjury.

-Devvy Kidd
[John Dougherty 2009 WroldNetDaily.com]

2. John J. Schlaback, C,P.A, J.D. Taxes-Accounting-Estate Planning, Box 58, Colbert, Washington 99005:

"The 'tax code' is very clear that IRS agents should take their case to court just like any other agency that wants to garnish property. By law you are allowed to be heard (at a fair hearing) to ensure your 4th Amendment rights to due process will not be violated. This is made clear in IRC Section 7401, 7403, 7608 as Congress instructs and outlines the authority. To enforce collection of a delinquent tax, the IRS must be duly authorized by <u>statute</u> and <u>delegation order</u>, and the taxpayer must be made liable by <u>assessment</u>. Section 6331& 6332 are not sufficient for the IRS to levy property that is <u>not</u> already in the custody and control of the Secretary of the Treasury. The IRS must comply with IRC Section 7401 and 7403 "<u>Action to enforce lien or to subject property to Payment of Tax.</u>" The IRS is required to file a civil action in federal court to demonstrate tax liability and delinquent tax. A Notice of Levy is not sufficient without a Writ of Attachment or Tax Warrant signed by a judge who has adjudicated the claim of the IRS and given the taxpayer a chance to be heard in court. See: <u>United States v. O'Dell</u> 160 F. 2d 304, 307 (6th Cir. 1947) and <u>Goodwin v. United States</u>, 935 F. 2d 1061 (9th Cir. 1991). The critical thing to acknowledge is the irrefutable fact that the IRS, as an agency, was never created by an Act of Congress and by the IRS' own admission, they are not an agency of the Federal Government. See: Chart of The Department of the Treasury and note the IRS is not under the authority of the Inspector General for Tax Administration but is under the Chief of Staff as a free-radical unit. By what <u>authority</u> do these "renegades" have to seize and levy property? Absolutely none! The authority to levy or issue notice of lien is reserved for "appropriate ATF-TTB officers" of the Bureau (TTB) as mandated by 27 CFR, Part 70. Section 70.161 "Levy and distraint" and Section 70.141 "Lien for taxes."

3. **Guy Curtis, former DOJ (Civil Tax Division), Imperial, Nebraska: "In my quest to find correct and honest answers about 'determination of tax liability' I have researched pertinent multiple internet web-sites, court cases, books and publications on the subject of the federal income tax laws written by scrupulous and credible tax scholars, attorneys, CPAs, IRS revenue officers, IRS-CID 'Special Agents,' law professors, U.S. Congressmen and U.S. Senators, tax-reform advocates, etc. Needless to say, the totality of this credible information including my investigation of the USC, CFR, IRM and the 'Internal Revenue Service Restructuring and Reform Act of 1998,' I have found no law that imposes a 1040 tax on the income of Americans. "**

**Tyranny:** *Oppressive power exerted by a government administrative official.* – Thomas Jefferson.

4. Robert Schulz, Director of "We the People Foundation for Constitutional Education, Inc." and We the People Congress, 2458 Ridge Road, Queensbury, New York, 12804 http://GiveMeLiberty.org:

"*For certain the IRS violates the PRA (Paperwork Reduction Act) as amended (1995), under Section 3506(c)(1)(B)(iii) et. seq. Form 1040 U.S. Individual Income Tax Return displays an unapproved OMB control number 1545-0074. Form 1040 fails to inform the recipient of:*

* the reasons the information is being collected;
* the way such information is to be used;
* an estimate, to the extent practicable, of the burden of the collection;
* whether responses to the collection of information are voluntary, or required to obtain a benefit, etc., or if signing Form 1040 under penalty of perjury is a violation of the protected Fifth Amendment Right.

Fact:   IRS Form 1040 violates the federal Paperwork Reduction Act and is therefore a legally invalid (fraudulent) form; See: OMB "*The Form Required.*"

Fact:   Under the Public Protection clause of the PRA, no American resident can be penalized for failing to file Form 1040 if the IRS fails to fully comply with the PRA;

Fact:   The PRA statutes explicitly provide that a PRA challenge is a complete defense and can be raised in any administrative or judicial proceeding;

Fact:   The IRS U.S. Individual Income Tax Form 1040 has not and cannot comply with the requirements of the PRA because no existing published statute enacted by the U.S. Congress authorizes the IRS as the designated unit of the Secretary of the Treasury, or authorizes IRS employees (nonenforcement "pocket commission" revenue officers) as "delegates" to impose or collect the federal income tax. Moreover, that the lack of bone fide "delegation order" authority makes it impossible for the IRS to avoid violating the PRA.

*It is clear that Title 44 U.S.C.S., Sections 3501 through 3521 and Title 5 C.F.R. Part 1320 and applicable subsections are the "controlling" rules and regulations implementing the PRA.*

*Americans are entitled to ask questions of the IRS to verify tax collection procedure. The IRS is supposed to be the arbiters and expositors of the tax law. Good faith questions respectfully submitted to the IRS under the FREEDOM OF INFORMATION ACT @ Title 5 U.S.C., Section 552 et. seq. as amended by Public Law No. 104-123. 110 Stat. 3048 and under Title 26 U.S.C., section 7213(c) "Disclosures by certain delegates of Secretary," Title 26 U.S.C., Section 7491 "Burden of proof" and pertinent sections of the "Internal Revenue Service Restructuring and Reform Act of 1998" require the IRS to answer questions to prove tax liability.  But IRS employees never answer questions.*

QUESTION:  Is OMB control number 1545-0074 printed on IRS Form 1040 approved by the OMB director pursuant to 26 C.F.R. Section 602 101 "*The Form Required*" and in compliance with OMB 0596-0146 "Valid control numbers."

QUESTION:  Is IRC REG: Section 1.1-1(a)(2)(ii) or Title 26 C. F. R Part 1 , Section 1.1-1 "*Income tax on individuals*" the controlling law to be applied in the "determination of 1040 tax liability" for individual Americans.

1    If 26 C.F.R. Part 1, Section 1.1-1(a) Income tax on individuals, is the law imposing
2    1040 tax, what specific statute under Chapter 61 or Section 6001 and following
     imposes the 1040 tax:

3
4        "Section 1 of the Code imposes an income tax on the income of every
         'individual' who is a 'citizen' or 'resident' of the United States (federal
5        citizen or federal resident [IRC Sec. 6331])...In general, the tax is payable on
         the basis of returns rendered by 'persons' liable therefore [subchapter A]
6        (sections 6001 and following, chapter 61 of the code) or at the source of the
         income by withholding."

7
8    QUESTION:  Is the "Procedure and Administration" of the Internal Revenue
     Code, Sections 6001 through 7873 as published in the Internal Revenue Manual,
9    Chapter 4. 10. 7. 2. 1, to be administered and enforced by "appropriate ATF-TTB
     officers" of the Bureau under provisions of Title 27 C. F. R. Part 70, Sections 70.01
10   through 70.803 as manifest in the Parallel Table of Authorities and Rules (Federal
     Register) ?  If so, why do IRS employees pretend to be appropriate ATF-TTB
11   officers?

12   QUESTION:   Are rank and file IRS employees or revenue officers the specified
13   Service employees authorized as  "delegates" [IRC Section 7701(a)(11) & (12)] of the
     Secretary, IRS Commissioner or Deputy Commissioner of Services and
14   Enforcement, or are IRS employees authorized by special "agreement" under
     provisions of I. R. M. 4.10. 7. 2. 3. 6. (2) "Treasury Regulation" Sec. 1. 61-9(c) or (C)
15   "Delegation Orders" manifest in the Cumulative Bulletin or Internal Revenue
     Bulletin ?

16

17   QUESTION:   Are rank and file IRS employees or (nonenforcement pocket
     commission) revenue officers authorized "delegates" under IRM 1. 2. 43
18   "Delegations of Authority for the Examining Process" and IRM 1. 2. 44
     "Delegations of Authority for the Collecting Process?"

19

20   QUESTION: Are the "specified SERVICE employees" referenced in the Internal
     Revenue Manual with respect to "delegates" of the Secretary and Commissioner
21   "Enforcement (pocket commission) revenue officers or agents referenced in IRM,
     Chapter 16, Section 6(1)(2) "Pocket Commissions." [See: IRC Section 7608] ?

22

23   QUESTION:   Are ordinary Americans residing within the Fifty States of the Union
     the "persons" or "individuals" identified in 26 U.S.C., Section 7343 *Definition of
24   term 'person' "* and 26 U.S.C., Section 7701(a)(1) "Definition of term person" ?

25   QUESTION:   Are ordinary Americans residing within the Fifty States of the Union
     the people (persons) referenced in 26 U.S.C., Section 6011(b) *Identification of
26   taxpayer"?*

27       "The Secretary is authorized to require such information with respect to
         'persons' subject to taxes imposed by chapter 21 (*Federal Insurance*
28       Contributions Act) or chapter 24 (Collection of Income Tax at Source) as is
         necessary or helpful in securing proper identification of such 'persons.' "

**POINT of OBSERVATION:** Several pertinent "statutes" are not published in the Federal Register such as IRC Section 6702 *"Frivolous income tax return,"* Section 6703 *"Rules applicable to penalties under sections 6700, 6701 and 6702,"* Section 6704 *"Failure to keep records necessary to meet reporting requirements under section 6047(d)"* and Section 7203 *"Willful failure to file return, supply information, or pay tax."* These statues are NOT published or assigned the required <u>enforcement regulation</u> in the Parallel Table of Authorities and Rules, required by 26 C.F.R. Section 601. 702 "Publication and public inspection" (ii) "Effect of failure to publish" and Title 5 U.S.C., Section 552(a)(1) through 552 (E), 26 U. S. C. Section 7805 "Rules and Regulations," Title 44 U.S.C., Section 1504 "Federal Register" and Title 44 U.S.C. Section 1505 "Document to be published in the Federal Register."

-Robert Schulz, Director
We the People Foundation (We the People Congress) www.givemeliberty.org

**Tax Advisors & Whistleblowers in Support of Complaint:**   [List of potential witnesses]

  a. Joseph R. Banister, C.P.A., former IRS-CID Special Agent, San Jose, CA jbanister@freedomabovefortune.com.  Author of "Investigating the Federal Income Tax."

  b. Clifton Beale, CEP, A.S., B.S. MS-Taxation, Former IRS Revenue Agent and Appeals officer.

  c. Paul Chappell, Attorney at Law, Former U.S. Tax Court Clerk, IRS Chief Counsel Attorney.

  d. Sherry P. Jackson, C. P. A., C. F. E. former IRS Revenue Agent (indicted/convicted)

  e. Shelley Davis, author of book *"Inside the Secret Cult of the IRS"* and former IRS historian.

  f. Lowell (Larry) Becraft, Jr. A constitutional, criminal defense, and tax attorney based in Huntsville, Alabama specializing in federal income tax. http://home.hiwaay/~ becraft/.

**g. Tom Cryer, attorney, Louisiana.** See: Tom Cryer, You-Tube & www.LieFreeZone.com July 16, 2007 on TrialLogs.com "The government's final witness at the trial of Tom Cryer (acquitted on two counts of tax evasion in a jury trial in the federal district court of Louisiana July 11, 2007) was an IRS-CID 'special agent' (similar to Joseph R. Banister, CPA, former IRS-CID who was acquitted in June 2005) testified to the audits of Tom's business but defense lawyer, Larry Becraft's cross-examination, the IRS witness made it clear that the 'Tax Code' is an inexplicable and enormous monstrosity and that he, himself, only knew small bits and pieces of it ("code")...the IRS used Section 61 "Gross income defined" to support the claim of tax liability and to file an pay income tax...but when asked by Becraft to identify the law (statute and assigned enforcement regulation) with specificity that imposed 1040 income tax, or requiring anyone to file a tax return under penalty of perjury, the government's expert witness failed (defaulted) and failed to clarify the meaning of the first three words of IRC Section 61, which says: 'unless otherwise provided.' "
[See: Section 61 explanation *infra*]

**h. U.S. Rep (R-TX) Bill Archer,** former House Ways and Means Committee U. S. House of Representatives.

**i. G. Edward Griffin (California),** author of several books on the subject of the federal income tax, and who are "taxpayers" and who are "nontaxpayers."

**j. Freedom Law School, 9582 Buttemere Road, Phelan. California (760) 868-427: Peymon Mottahedeh:** *"It almost seems the IRS writes its own laws and cannot be held accountable for its actions. The truth is, the IRS does have procedures and Congress has expressly enacted laws the IRS must follow. The IRS will deliberately and knowingly bend the tax laws whenever they can get away with it."*

**k. Free Enterprise Society, 6083 N. Figarde Dr. PMB 208, Fresno, California 93722 (209) 966-7040, fes@freeenterprisesociety.com:** "The incontrovertible facts demonstrate the IRS, as an agency, was created in Puerto Rico as a foreign unit and as an ancillary adjunct of the Department of the Treasury. For sure, as a matter of law, the IRS is NOT the designated "agency" authorized by the U.S. Congress to administer or enforce the statutes of the IRC to collect excise tax (imposts and duties) pertinent to persons with privileged occupations and special license under 26 C.F.R. or 27 C.F.R.."

5. See: Court cases: *Brushaber v. Union Pacific Railroad, Simms v. Arehns, Redfield v. Fisher, Jack Cole v. Commissioner, Corn v. Fort.* [The following Americans, attorneys, and IRS agents, were acquitted from criminal charges imposed by the IRS/DOJ: *U.S v. Joseph R. Banister (CR-5-04-435), USA v. Vernice Kuglin, USA v. Lloyd R. Long (CR-1-93-91), U.S. v. Tom Cryer, attorney (Louisiana 2007), U.S. v. Charles "Chuck" Behm, attorney (Clearwater, Florida 2009.)*

QUESTION:  What specific "statute" and assigned implementing enforcement regulation in Title 26 U.S.C, Title 27 U.S.C. or Title 26 C.F.R. or 27 C.F.R published in the Federal Register imposes a "liability for 1040 tax" on the source of income of ordinary Americans whose income is not derived by "revenue taxable activities" referenced in 26 USC, Section 861 *"Income from sources within the United States"* and 26 U.S.C., Section 6001 and following: "Notice or regulations requiring records, statements and special returns ? "

6. To the extent the former Director of Alcohol and Tobacco Tax Division, Dwight E. Avis (1953-1954), made manifest in the 83rd Congress, that the so called "income tax" was in fact voluntary and that the only "enforced tax" was the "liquor tax" or IRC Section 7608 "Authority of internal revenue enforcement officers (a) Enforcement of subtitle E and other laws pertaining to liquor, tobacco and firearms," how do these laws apply to ordinary Americans and Form 1040 "U.S. Individual Income Tax Return," or any other special return ?

7. Miscreate IRS Publications state *"everyone must pay their fair share of income taxes."* See:  IRS brochure, **"WHY DO I HAVE TO PAY TAXES."** This publication is propaganda and makes unsupported allegations in contravention to the published rules and regulations of Section 7805, as follows:

> *"Congress has delegated to the IRS responsibility of administering and enforcing these laws known as the Internal Revenue Code. Congress enacts the tax laws, IRS enforces them."*
> -#4 Why Do I Have To Pay Taxes

**QUESTION**: By the authority of what LAW does the Congress authorize the IRS to administer and enforce  Title 26 USC referenced in Why Do I Have To Pay Taxes ?

8. Determination of Tax Liability: Definition of the term "individual." As a matter of published law, with respect to the Internal Revenue Code of 1986, which code was derived from the 1954 "IRC," and its predecessor, the IRC of 1939, and *stare decisis*, the constitutional and legal meaning referenced in the IRC and the CFR pertaining to the term "individual" clearly means a  business entity. Specifically it means a "corporation," "corporate officer" or "corporate employee," or a "member of a partnership" or its "employee;" it also means an "officer," "employee" or "elected official" of the United States residing in the District of Columbia or any political subdivisions, possessions or enclaves referenced in IRC, section 6331(a)...or it means a "person" (American resident or American nonresident, foreign alien or foreign corporation or foreign partnership) who engages in taxable activities and receives "taxable income" (corporate profit or business profit from special licenses or special privileged occupations) within or without the United States (IRC, Sections 861, 862 & 871) and from a source considered by law to be derived from transactions called "revenue-taxable-activities."

9. Definition of the term "person." Pursuant to IRC, Sections 5690 and  7343  "Definition of the term "person" means:

The term person, as used in this subchapter, includes an "officer" or "employee" of a corporation or a "member" or "employee" of a partnership, who as such officer, employee or member is under a duty to perform the act (of office) in respect of which the violation occurs.

IRC, Section 7701 "Definitions," or 7701(1) Person:

The term "person" shall be construed to mean and include an individual (i.e. *business officer*), a trust, estate, partnership, association, company or corporation.

10. The term "taxable income" is listed chronologically in the IRC's INDEX TO CODE under the term "Taxable income" in the following order: IRC Sections: 535, 556, 63, 55, 63, 584, 281, 1382, 11, 63, 882, 904, 1, 3, 63, 453, 832, 834, 63, 801, 63, 3502, 871, 703, 441, 545, 857, 4981, 4982, 860C, 852, 1363, 63, 861, 862, 63, 1, 3, 281, and 511 et. seq.

11. **Chapter 61 of the "Code" is titled:  INFORMATION AND RETURNS and Subchapter A – Returns and Records. This chapter has reference to "individuals" or "persons" ("taxpayers") who earn "taxable income" from a source of special  "transactions" derived from a "revenue taxable activity." [See: 26 C.F.R., Part 1, Section 1.6011-4 and IRC Section 7608 "Authority of internal revenue enforcement officers; (a) Enforcement of subtitle E and other laws pertaining to liquor, tobacco and firearms."]**

12. **Section 6001** "Notice or regulations requiring records, statements, and special returns" pertains to "individuals" or "persons" who may be liable for tax (excise or income {synonymous terms}) pertinent to IRC Sections 6001 and following.

13. **Sections 6011(b) "Identification of taxpayer" imposes a tax on "persons" under IRC chapter 21 or chapter 24 (*infra*).  IRC Section 6011 through Section 9833, according to the Parallel Table of Authorities and Rules (Federal Register), are "mostly" statutes which must be administered and enforced by Title 27 C.F.R., Part 70, Sections 70.01 through 70.803.  As a matter of law, "these" enforcement regulations must be administered and enforced by "appropriate ATF-TTB officers" of the Bureau because the "statutes" of Sections 6001 and following pertain to tax imposed (excise or income) upon "individuals" or "persons" with *privileged occupations* and *special licenses* known as "taxpayers" and made liable for tax derived from special transactions requiring special returns.**

14. **IRC, Section 5005 "Persons liable for tax"** *The distiller or importer of distilled spirits shall be liable for the taxes imposed thereon by section 5001(a)(1) e. seq.* **or excise taxes under Subtitle E (Section 7608) of IRC.**

> *"The term excise tax, income tax and privilege tax are synonymous. They are often used interchangeably"*
>
> -American Airways v. Wallace, 57 F. 2d 877, 880

15. **The Secretary of the Treasury has promulgated and published ONLY the following regulations concerning IRC, Sections 6001 and following: (See: "Parallel Table of Authorities and Rules") [Federal Register]**

 **Title 26 [CFR] – Parts 1, 21, 55, 156**

| | |
|---|---|
| Part 1 | Taxes (excise) upon individuals ("taxpayers") |
| Part 21 | Employment taxes |
| Part 55 | Excise taxes on real estate, investment trusts and regulated investment companies |
| Part 156 | Excise taxes on greenmail |

 **Title 27 [CFR] – Parts 19, 53, 194, 250, 296**

| | |
|---|---|
| Part 19 | Distilled spirit plants (excise taxes) |
| Part 53 | Manufactures excise taxes-firearms and ammunition |
| Part 194 | Liquor dealers (excise taxes) |
| Part 250 | Liquors and articles from Puerto Rico and the Virgin Islands (excise taxes) |
| Part 296 | Misc. Regs. relating to tobacco products and cigarette papers and tubes (excise taxes) |

*" The revenue laws are a code or system in regulation of tax assessment and collection. They (laws) relate to 'TAXPAYERS' and not to ' NONTAXPAYERS.' The latter (nontaxpayers) are without their scope. No procedure is prescribed for nontaxpayers and no attempt is made to annul any of their rights and remedies in due course of law. With them (nontaxpayers) Congress does not assume to deal and they are neither of the <u>subject</u> nor of the <u>object</u> of the revenue laws. "*

-<u>Economy Plumbing and Heating Co. v. United States (IRS)</u>
470 F. 2d 585 (1972)

*" The income tax is, therefore, not a tax on income as such, it is an <u>excise</u> tax with respect to certain activities (taxable-income-activities) and privileged occupations which is measured by reference to the income which they (persons with special license) produce. The income is not the subject of the tax: It is the basis for determining the amount of the tax. "* [F. Morse Hubard, Congressional Record, March 27, 1943 (page 2580).

*"What the government sycophants can't seem to grasp (or refuse to acknowledge) is that the 'income tax' is a tax on certain ACTIVITIES that fall under the jurisdiction of the federal government to regulate. The tax is not ON income, per se. Congress expressly did not tax the MONEY earned from the activities, but rather the activities THEMSELVES. The income earned is MEASUREMENT OF THE TAX (excises, duties, imposts) or occupational tax."*

*" The ACTIVIVIES which actually are statutorily taxed are found in the 'operative sections' of the Internal Revenue Code in Subchapter N, which is aptly titled '<u>Tax Based on Income from Sources Within or Without the United States</u>.' "* (this source is where the law provides the NECESSARY specifics as to what constitutes "income from whatever source derived.")

"The Code itself does not contain an 'operative section' describing the activities of the average American, it describes only international and possessions commerce."

"The government's argument that Section 61 et. sq. is the source of imposing an income tax on Americans is nothing but stupid. Section 61 is simply a broadly worded GENERAL definition of statutes (many which are not assigned to an enforcement regulation and are not published in the Federal Register). Section 61 does not establish liability for tax for anyone including the people who participate in taxable activities in the 'operative section.' (Example: 26 USC 871, & 26 USC 911").

-Larken Rose (2009)

16. For certain, no tax is imposed upon ordinary resident Americans whose income is <u>not</u> derived from privileged occupations or special licenses. Tax is imposed on persons made liable therefore regarding the manufacture, distribution, import, export or sale of alcohol, distilled spirits, tobacco, firearms, ammunitions, gasoline, oil products, other fuels, or agriculture products identified under IRC, Section 61 "Gross income defined." [See: Chapter 61, Section 6001 and following]

17. The tax laws <u>must be</u> administered, regulated, and enforced either by Title 7 C.F.R., Part 3 and authorized "delegates" of the Secretary called "appropriate USDA officers" of the U.S. Department of Agriculture, or "delegates" of the BATF ("TTB") identified as "appropriate ATF-TTB officers," as a matter of published law. [See: 27 C. F. R. Part 70, Section 70. 51 "<u>Collection authority</u>" and 26 U.S.C., Section 6301 "<u>Collection authority</u>."]

18. IRC, Section 6011 "General requirement of return, statement, or list."

    (a)  Identification of taxpayer.

    The Secretary is authorized to require such information with respect to "persons" (taxpayers) subject to the taxes imposed by chapter 21 or chapter 24 of the code as is necessary or helpful in securing proper identification of such persons (taxpayers)."

IRC Chapter 21 *"Federal Insurance Contributions Act"* pertains to Subchapter A "Tax on Employees" or IRC Section 3101 "Rate of tax" through Section 3128 "Short title." Chapter 24 *"Collection of Income Tax at Source"* pertains to Subchapter A or IRC Section 3401 "Definitions" through Section 3406 "Backup Withholding" or withholding from wages of "individuals" or "persons."

*See: IRC Section 3401 "Definitions:"*

        Section 3402 "Income tax collected at source,"

        Section 3403 "Liability for tax,"

        Section 3404 "Return and payment by government
            employer,"

        Section 3405 "Special rules for persons, annuities, and
            certain other deferred income," and;

        Section 3406 " Backup withholding".

19. *IRC, Section 3401 "Definitions" under:*

    (c) "Employee"

*For purposes of this chapter, the term "employee" includes an officer, employer, or elected official of the United States, a state, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one of the foregoing. The term "employee" also includes an officer of a corporation.*

    (d) "Employer"

*(2) in the case of a 'person' (withholding agent) paying wages on behalf of a nonresident alien individual, foreign partnership, or foreign corporation, not engaged in trade or business within the United States, the term "employer" [except for purposes of subsection (a)] means such person.*

<u>See the following laws:</u>

IRC, Section 1441 "Withholding of tax on nonresident aliens,"

IRC, Section 1442 "Withholding of tax on foreign corporations,"

IRC, Section 1443 "Foreign tax-exempt organizations,"

IRC, Section 1444 "Withholding on Virgin Islands Source of income,"

IRC, Section 1445 "Withholding of tax on dispositions of United
           States real property interests," and;

IRC, Section 1446 "Withholding of tax on foreign partners' share
of effectively connected income."

20. IRC Chapter 21 pertains to "Employment taxes" under Section 3101 "Rate of tax" and Section 3102 "Deduction of tax from wages." However, "these" statutes (supra) in the "Code" are not published or assigned an enforcement regulation in the Parallel Table of Authorities and Rules (Federal Register].  As a matter of law, any statute which is "unpublished" (Federal Register) is unenforceable.

21. The Secretary has published in the Parallel Table of Authorities (Federal Register) the following statutes and their enforcement regulations applicable to "taxpayers" (individuals or persons):

| Statute | Enforcement Regulation |
| --- | --- |
| 26 USC, Section 3401-3402 | 26 CFR, Part 31 |
| 26 USC, Section 3401 | 26 CFR, Part 1 |
| *26 USC, Section 3403 | unpublished |
| *26 USC, Section 3404 | unpublished |
| 26 USC, Section 3405 | 26 CFR, Part 35 |
| 26 USC, Section 3406 | 26 CFR Parts 31, 35a |
| 26 USC, Section  6321 | 27 CFR Part 70, Sec. 70. 141 "Lien for taxes" |
| 26 USC, Section 6331 | 27 CFR Part 70, Sec. 70. 161  "Levy and distraint" |
| 26 USC, Section  6332 | 27 CFR Part 70, Sec. 70. 161 "Levy and distraint" |
| 26 USC, Section 7301 | "Property subject to tax" unpublished |
| 26 USC, Section 7302 | 27 CFR Parts 24 and 252 "Property used in violation of IRC laws" |
| 26 USC, Section 7401 | 27 CFR Part 70 "Authorization to file civil action in court" |
| 26 USC, Section 7403 | 27 CFR Part 70 "Action to enforce lien or to subject property to payment of tax" |

[ It should be noted, by operation of law, any tax or action assigned to 27 CFR is exclusively for the assessment and collection of excises, impost, and duties upon persons who derive profits and income from specified ACTIVITIES called "taxable-income-activities" and only apply to alcohol, tobacco, firearms, agriculture, gasoline, oil, etc. See: 26 USC 7608 "Authority of internal revenue enforcement officers (a) Collection of taxes under subtitle E of the IRC. Excise tax must be assessed and collected by authorized "appropriate ATF-TTB officers" of the Bureau (TTB) under the Inspector General for Tax Administration.  IRS employees are NOT "appropriate ATF-TTB officers" or delegates of the Secretary and are not authorized by statute or delegation order authority to impose assessments or collect tax under 27 CFR, Part 70 or any other Parts]

22. **26 USC, Section 3403** "Liability for tax" and **26 USC, Section 3404** "Return and payment by governmental employer" are <u>not published</u> in the Parallel Table of Authorities and Rules (Federal Register) consequently these "statutes" have no legal effect or force of law upon any person and are unenforceable by operation of law. See: 26 CFR, Part 601, Section 601. 702 "Publication and public inspection:"

> "(ii) <u>Effect of failure to publish</u>: To the extent that a person has [not] received timely notice of the terms of 'published law' such person is not required in any manner to resort to, or be adversely affected, by such matter if it is not so published."

23. **Title 5 USC, Section 552(a)(1) through 552(E)"**

> *"Except to the extent that a person has actual and timely notice of the 'terms' thereof, a person may not in any manner be required to resort to, or be adversely affected by a matter required to be published in the Federal Register and not so published. For purposes of this paragraph, the matter (liability for tax) reasonably available to the class of persons (taxpayers or nontaxpayers) affected thereby is deemed published in the Federal Register when incorporated by reference therein with the approval of the Director of the Federal Register."* [See: IRC, Section 7805 "Rules and Regulations;" Title 44 USC, Section 1504 "Federal Register" and Section 1505 "Document to be published in the Federal Register"]

24. The published "statutes" and their assigned "enforcement regulations" enacted by the U.S. Congress, cited in the Parallel Table of Authorities and Rules and the Federal Register govern federal tax policy and clearly demonstrate the class or group of <u>persons</u> ("taxpayers") which are made <u>liable for tax</u> on the "source" of their respective income activity. Taxable income must be derived from sources under IRC Sections 6001 and following. The "individuals" and "persons" who are made liable for tax (excise or income) under IRC Sections 6001 and following are limited to:

> [1] nonresident aliens, aliens, foreign partnerships, foreign corporations (employees, employers, withholding agents and partnership members or officers of foreign corporations); [See: IRC, Section 871 "Tax on nonresident alien individuals" and IRC Section 872 "Gross income" and 26 CFR Part 1, Section 1.1441©(3) "an individual for tax purposes is a nonresident alien]
>
> [2] officers, employees and elected officials of the United States government residing in the District of Columbia, USA possessions, and enclaves or any agency or instrumentality thereof [See: IRC, Section 6331(a), IRC Section 3401 and Section 3402 et. seq.];
>
> [3] Americans residing within and without the United States whose income source is derived from "transactions" related to <u>privileged occupations</u> and/or <u>special licenses</u> (revenue-taxable-activities) and subject to "excise taxes" or "income taxes" (synonymous terms) under provisions of IRC, Sections 6001 and following. [See: IRC Section 7608(a) for "individuals" or "persons" subject to Subtitle A, Subtitle C, Subtitle D or Subtitle E "taxes" of the IRC "Code"]; [See: IRC, Section 861 "Income from 'sources' within the United States" and CFR, 1.861-8(a)(1); (a)(4); (f)(1) *Determination and computation of taxable income from sources within the United States and from other sources and activities.* These laws and regulations pertain exclusively to "individuals" and "persons" who participate in <u>transactions</u> applicable to "sources" of taxable income and "revenue-taxable-activities." See IRC, Section 862 "Income from 'sources' without the United States"];

[4] Americans ("individuals" or "persons") who reside outside the United States within USA possessions and enclaves or elsewhere whose income is derived from 'sources' within or without the United States and whose 'source' of income is derived from transactions and activities related to privileged occupations and special licenses and/or which are subject to Subtitle A, Subtitle B, Subtitle C (withholding) Subtitle D and Subtitle E "taxes." [See: IRC, Section 861 "Income from 'sources' within the United States" and CFR 1. 861-8 et. seq. and IRC, Section 862 "Income from 'sources' without the United States." See IRC Section 911 "Citizens or residents of the United States living abroad" (income from foreign sources)].

25.  IRC Section 911 conspicuously differentiates between the term "citizens" (i.e. *federal citizens or federal employees*) and the term "residents" of the United States (i.e. *non-citizens or non-federal employees*). For sure, ordinary American residents who reside within the Fifty States of the Union, whose "source" of income is not derived by transactions or ACTIVITIES related "revenue-taxable-activities" pertinent to *privileged occupations* or *special licenses*, as a matter of law, are not "individuals" or "persons" defined in IRC, Sections 5690, 7343 or Section 7701(a) nor are they "federal citizens," "federal residents" or "federal employees" subject to income or excise taxes of the 1986 IRC under Section 6331 "Levy and distraint."

26.  IRS employees, attorneys for the Civil Tax Division of the DOJ, and federal judges have a "scant" and "misguided" knowledge and understanding of the published federal tax laws governing the federal statutes and regulations of "internal revenue tax."

27.  For sure, employees of the federal government (IRS revenue officers, federal judges, attorneys for the DOJ), who are under educated, or have been deceived by "miscreate" IRS publications and erroneous *stare decisis*, distort and twist the truth of the published tax laws of our nation as it applies to "nontaxpayers." IRS and DOJ employees are advised to ignore the laws and pretend they do not comprehend the "Code." The tax laws administered by the IRS/DOJ is a complete miscarriage of justice and creates constitutional CHAOS.

28.  "U.S. Individual Income Tax" imposed upon "taxpayers" by the 1986 IRC falsely requires the filing of special returns [i.e. IRS Form 1040, Form 1040 NR, Form 1040X, Form 1040-V et. seq.] which display an expired, unapproved OMB control number 1545-0074.

29.  Form 2555 displays OMB control number 1545-0067 and applies primarily to "taxpayers" who are identified as "employers," "employees," "officers" or "foreign aliens" of domestic or foreign business entities (i.e. corporations and partnerships). The "U.S. Individual Income Tax" also applies to working American "citizens" (i.e. federal citizens) or officers, employees and elected officials of the United States who reside in the District of Columbia, USA possessions and enclaves or any instrumentality or political subdivision thereof.

> *"Although the relevant statute authorized the Secretary* (of
> the Treasury) *to impose such a duty* (impose tax), *his
> implementing* (enforcement) *regulation did not do so.
> Therefore we held that there was no duty to disclose."*
> -United States v. Murphy, 809 F. 2d 142, 1431

> *"For federal tax purposes, federal regulations govern"*
> -Lyeth v. Hoey, 305 US 188, 59 S, Ct. 155

> *"...failure to adhere to agency regulations may amount to
> a denial of due process if the regulations are required by constitution or statute."*
> - Arzanipour v. Immigration and Naturalization Service,
> 866 F. 2d 743-746 (5th Cir. 1989)

*"Once you have educated yourself, you will be in a better position to decide whether you would rather have an income tax system based on FRAUD and DECEPTION or a system based on honesty, integrity and the rule of law. The IRS is guilty of manipulating official computer records and transcripts to create bogus assessments, bogus tax return filing requirements, inflated and or bogus interest and penalty assessments and promulgating an ongoing scheme to DEFRAUD American residents out of money, property and rights."*

-**Joseph R. Banister, C.P.A.  (09/01/2000)**
**[Former IRS-CID "Special Agent" San Jose, CA]**
**Author: "Investigating the Federal Income Tax Laws"**
**("Whistleblower" acquitted June 25, 2005)**

*"My name is Sherry Peel Jackson.  I became a Certified Fraud Examiner for the IRS Atlanta District Office in 2001. The Internal Revenue Service, Department of Justice and politicians have perpetuated 'this' smoke and mirrors and dog an pony show on the American people for over 88 years. The government per se has reneged to <u>answer</u> questions about 'liability for tax.' But now the truth of the fraudulent operations of the Federal Reserve System and the Internal Revenue Service have been revealed to the American public."*

-Excerpt of testimony given February 27-28, 2004
at "Truth-In-Taxation Hearing," Washington D.C.
Sherry P. Jackson, C.P.A. ("whistleblower")

30. **IRC, Section 861(a)(3) "Personal services"** *"Compensation for labor or personal services performed in the United States ...shall <u>not</u> be deemed to be income from 'sources' within the United States."*

31. <u>Merchant's Loan & Trust Co. v. Smietanka</u>, 255 U.S. 509, 518 & 519 where United States Supreme Court held that: *" The word INCOME must be given the same meaning in all of the Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act of 1909 and what that meaning is has now become definitely settled by the decisions of this court."* [The word income means "corporate profit" or "partnership profit" earned by "taxpayer" corporations and business entities as an excise tax]

32. <u>Brushaber  v. Union Pacific R.R.</u>, 240 U.S. 1 where the United States Supreme Court held that: *" The whole purpose of the $16^{th}$ Amendment was to relieve all income taxes when imposed from apportionment from a consideration of the  'sources'  whence the income was derived."*

33. <u>Pacific National Bank  of Seattle v. IRS Commissioner</u>, 91 F. 2d 103 & 105 (9$^{th}$ Cir. 1937) *" Treasury REGULATIONS are binding on the Government as well as on the taxpayer. Tax officials and taxpayers alike are under the law, not above it."*

*"I believe that IRS revenue officers are misguided. I make such a bold statement only because (as a former IRS-CID 'Special Agent') I was misguided myself. I used to believe that the Internal Revenue Service, as an agency, scrupulously observes taxpayers rights. I used to believe that the Internal Revenue Service administers the federal income tax laws fairly and legally.  I used to believe that the Internal Revenue Service would not knowingly trample on the rights of innocent Americans just to preserve the income tax system.  It is with great sadness that I say I no longer hold any of those beliefs."*

-Joseph R. Banister, C.P.A. former IRS-CID "Special Agent," San Jose, California) [February 25, 1999]
(jbanister@freedomabovefortune.com)...whistleblower
[Author of: Investigating the Federal Income Tax]

*"I hope and pray that, as the Commissioner of the Internal Revenue Service, you will see to it that the evidence contained in my report is given a fair and impartial evaluation. The evidence is well known by millions of Americans and they anxiously await a reply. Every day that you wait is another day that more professional, hard working, fair-minded, and honorable IRS employees will be placed in harm's way because of that growing mistrust. I implore you to use your position of leadership to resolve these very serious threats to our freedom and our Constitution"*

-Joseph R. Banister, C.P.A. (Former IRS-CID "Special Agent") Last paragraph of Joseph R. Banister's letter dated February 25, 1999 addressed to Mr. Charles O. Rossotti, IRS Commissioner. [See: "Investigating the Federal INCOME TAX, a Preliminary Report" by Joseph R. Banister ["whistleblower"] (Second Edition)

Joseph R. Banister, C.P.A., (former IRS-CID Special Agent) was "acquitted" on June 25, 2005 by a federal jury for "bogus" criminal charges filed against him in retaliation for his "whistleblower" actions by IRS Criminal Tax Division of the Department of Justice, namely McGregor W. Scott and Robert M. Twiss. Trial was in the U.S. District Court, Sacramento, California, Case No. CR. S-04-435.

IRS top official Mr. Robert Gorini (Mr. Banister's former supervisor) testified under oath at the trial. When pointedly asked, Mr. Gorini was unable (incompetent) to cite any tax law that required Banister (defendant) or any other American to pay income taxes. Obviously this incontrovertible "fact" is very "telling" (carrying a great weight and producing a marked effect) and should not go unnoticed.

33. Notwithstanding the many years of "ignoring" the peoples' efforts to "redress their grievances" with respect to the obfuscation and unlawful enforcement of our nations' published tax laws, by misguided IRS, DOJ and judicial officers, the tax honesty movement continues in its unstoppable path to appeal to our government leaders.

34. The IRS is predicated on a very sick, chaotic, and misguided federal income tax system. It is what happens when the "statutes at large" which govern the federal tax system are ignored with impunity and arrogance. It is what happens when federal judges knowingly and willingly issue orders to "block" exculpatory evidence to control the outcome of a tax trial in order to stay in power. Americans are weary of such illegal misdeeds. God is watching, for sure.

- Robert Schulz (We the People Congress)
[Givemeliberty.org]

## Holy Bible, New King James Version:

**2 Corinthians, 5: 10** " **For we must all appear before the judgment seat of Christ (after we die), that each one may receive the judgment from Christ as to things done in the body (our deeds), according to what he/she has done, whether good or bad."**

- Apostle, Paul (Member of Christ's Apostles)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Chronology**
**of**
**Supporting Attachments and Evidence**
(Proof of Claim)

| Item | | No. of Pages |
|------|---|:---:|
| A. | Correspondence to TIGTA (02/19/2010)....................................... | 3 |
| B. | Notice of Federal Tax Lien Filing (by Jerry Marquez of IRS) 08/07/2003... | 1 |
| C. | Excerpt of BRIEF (Oct/12/2007) Case No. SA 04 CA 0421 (FB)............ | 2 |
| D. | Excerpt of OBJECTION (Oct/18/2007) SA 04 CA 0421 (FB)................ | 3 |
| E. | U.S. Dist. Court ORDER of Denial (January 22, 2008)....................... | 1 |
| F. | U.S.Dist. Court ORDER of Denial (January 28, 2008)........................ | 1 |
| G. | Excerpt of MOTION U.S. Bankruptcy Court Case No.05-52663 (2008)... | 1 |
| H. | 26 USC Sec. 6001(b) and 26 CFR Parts for applicable authority............ | 1 |
| I. | 26 USC Sec. 6321 and 27 CFR Part 70.141 Lien for taxes................... | 1 |
| J. | 26 USC Sec. 6331 Levy and distraint........................................... | 1 |
| K. | 27 CFR Part 70, Sec, 70. 161 Levy and distraint............................. | 1 |
| L. | "Regarding The Levy Power Reflected at 26 USC Sec, 6331"................... | 5 |
| M. | 27 CFR Part 70, Sec. 70.71 Assessment authority............................. | 1 |
| N. | 27 CFR Part 70, Sec. 70. 72 Method of assessment........................... | 1 |
| O. | 27 CFR Part 70, Sec. 70. 221 Period of limitations upon assessment......... | 1 |
| P. | 27 CFR Part 70, Sec. 70. 224 Collection after assessment..................... | 1 |
| Q. | 27 CFR Part 70, Sec. 70.51 Collection authority................................ | 1 |
| R. | 27 CFR Part 70, Sec. 70. 81 Notice and demand for tax....................... | 1 |
| S. | 27 CFR Part 70, Sec. 70.191 Authorization...................................... | 1 |
| T. | 27 CFR Part 70, Sec. 70.192 Action to enforce lien or to subject property..... | 1 |
| U. | 27 CFR Part 70, Sec. 70.333 Offenses by officers and employees of US...... | 1 |
| V. | The Department of the Treasury (Organizational Chart)........................ | 1 |
| W. | Names and pictures of known legal scholars declaring IRS FRAUD............ | 6 |
| X. | What is the IRS? (Paul A. Mitchell) & The Power to Destroy (Sen. W. Roth).... | 4 |

February 19, 2010


TREASURY INSPECTOR GENERAL for TAX ADMINISTRATION
Office of Chief Counsel Disclosure Branch
1125 15th Street, N.W. Room 700-A
Washington, DC  20005          <u>CERTIFIED MAIL</u>  7009 0820 0000 0967 6813

RE:  Complaint Number 55-0911-0093-C

Attn:  Scott Sanders: <u>Complaint Management Team</u>


<div align="center">JUDICIAL NOTICE</div>

Dear Mr. Sanders:

Kindly be advised that I have NOT received the requested information regarding the "status" of my CLAI.M from you or TIGTA.

The only correspondence which I received from you was a letter dated December 8, 2009 in reply to my Administrative Claim (COMPLAINT) dated October 30, 2009.

As a matter of law, TIGTA, only has six (6) months to resolve this matter.

President Obama has clearly told the American people on several occasions that all federal agencies must act with "transparency" and in a professional and courteous manner.

Enclosed are copies of the Certified Mail return receipts signed by your office demonstrating you have received my correspondence requesting information. I expected to be ignored by IRS employees, but isn't TIGTA required to timely answer?

I am submitting with this correspondence <u>additional names</u> of professional tax experts who support my CLAIM that the IRS assessment and collection (levy) of Form 1040 "back-taxes" for 1988, 1989 & 1990 was bogus and unauthorized.

These professionals have concluded the day-to-day operations of the Internal Revenue Service by rank and file IRS employees (like Jerry Marquez {pseudonym}) are unauthorized acts in violation of the IRC, USC, CFR, IRM, and The IRS Restructuring and Reform Act of 1998.


Page 1

Your thorough investigation of the facts at TIGTA, to verify my COMPLAINT, should include contacting these knowledgeable professionals who are eligible as potential "expert witnesses" in a Civil Action against the United States (IRS) which will be filed if TIGTA fails to resolve this ADMINISTRATIVE CLAIM in the next 60 days.

The following list of attorneys, who support my CLAIM, was prepared by Freedom Law School and its director and president, Peymon Mottahedeh. For assistance to contact these attorneys you can call Freedom Law School and speak with Peymon Mottahedeh at (760) 868-4271.

Respectfully submitted;

By _____

Barry L. Cox
530 E. Hunt Hwy.
Suite 103 Box 249
San Tan Valley, AZ  85143

Page 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Treasury Inspector General
For Tax Administration
C/O J. Russell George, Inspector General
1125 15th St. NW, Suite 700
Washington, D.C., 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Paul Polo_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Thomas J Roback   9/02/09

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0005 0848 3563

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TREASURY INSPECTOR GENERAL for TAX ADMINISTRATION
Office of Chief Counsel Disclosure Branch
1125 15th Street, N.W. Room 700-A
Washington, DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Chris Hawkins_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   1/22/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 0820 0000 0967 6837

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Internal Revenue Service**
STOP 5310 SANW
5835 Callaghan Road
San Antonio, TX  78228

**Department of the Treasury**

Date: August 08, 2003

Barry L & Janis L Cox
502 Roble Vis
San Antonio, TX  78258-3113

**Social Security or Employer
Identification Number:**
  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
**IRS Employee to Contact:**
  Mr. Jerry Marquez
**Employee Identification Number:**
  74-00336
**Telephone Number:**
  210-706-5678

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

This letter is to inform you that we have filed a Notice of Federal Tax Lien and that you have a right to a hearing to discuss collection options and liability issues.  The enclosed Publication 1660, Collection Appeal Rights, explains your right to a hearing.

The amount of the unpaid tax is:

| TYPE OF TAX | TAX PERIOD | AMOUNT |
|---|---|---|
| 1040 | 12/31/1988 | $30,078.00 |
| 1040 | 12/31/1989 | $66,181.00 |
| 1040 | 12/31/1990 | $47,711.00 |

In order to exercise your right to this hearing, you must file your request for a hearing by 09/11/2003.  A copy of the request form is attached.  It must be sent to:

Internal Revenue Service
Jerry Marquez
STOP 5310 SANW
5835 Callaghan Road
San Antonio, TX  78228

A Notice of Federal Tax Lien was filed on 08/07/2003, with respect to these taxes.  The total amount you owe for the period(s) includes interest and other additions such as penalties and lien fees.  You must pay all of the taxes, interest and other additions in order to obtain a release of the lien.  **Call the number above to obtain your current balance.**

Page 1 of 2                                    Letter 3172 (DO) (Rev. 01-1999)

**RECEIVED**

OCT 1 2 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

For The

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,                    )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )
                                             )
                                             ) Case No. SA 04 CA 0421 FB
BARRY and JANIS COX, individuals,            )
ALEXANDNER COX , individually,               )
ARGENT MORTGAGE COMPANY, LLC                 )
and BANK ONE, NA, a Corporation              )
                                             )
                Defendant,                   )   Hon. U.S. Magistrate Judge
                                             )   and U.S. District Judge
_____/

**BRIEF IN SUPPORT OF MOTION FOR COPIES OF ASSESSMENTS AND
OPPORTUNITY TO PAY AND RELEASE PROPERTY, AND FOR STAY
PENDING CONSIDERATION OF OFFER IN COMPROMISE**

MAY IT PLEASE THE COURT:

Attached to this face page of the above captioned action are pages one (1) through

twenty six (26) containing newly discovered applicable caselaw and exculpatory

evidence not previously considered, litigated  or determined by this legislative

tribunal or federal district Court.

**BRIEF IN SUPPORT OF MOTION FOR COPIES OF ASSESSMENTS AND OPPORTUNITY TO PAY AND RELEASE PROPERTY, AND FOR STAY PENDING CONSIDERATION OF OFFER IN COMPROMISE**

Come now the Cox Defendants and for their brief in support of Motion for Copies of

Assessments and Opportunity to Pay and Release Property, and for Stay Pending Consideration

of Offer in Compromise state as follows.

1.   **Defendants are entitled to Assessments and discovery related thereto.**

26 U.S.C.A. ' 6331 (j) provides

(j) No levy before investigation of status of property.--

(1) In general.--For purposes of applying the provisions of this subchapter, <u>no levy may be made on any property or right to property which is to be sold under section 6335 until a thorough investigation of the status of such property has been completed</u>.

(2) Elements in investigation.--For purposes of paragraph (1), an investigation of the status of any property shall include--

(A) **a verification of the taxpayer's liability [assessment and tax lien certification]**;

(B) the completion of an analysis under subsection (f);

(C) the determination that the equity in such property is sufficient to yield net proceeds from the sale of such property to apply to such liability; and

(D) a thorough consideration of alternative collection methods.
(Emphasis added)

In *U.S. v. Estabrook* 78 F.Supp.2d 558, *561 (N.D.Tex.,1999) the Court said:

Defendants first argue that IRS Form 4340s "Certificate of Assessments and Payments" submitted by the Government to promulgate the plaintiff's "motion for partial summary judgment," which the Magistrate Judge summarily granted and based her Report and Recommendation favoring the plaintiff, is not made on personal knowledge and contains hearsay. (Plf.App. at 4). The certificates provided by plaintiff (Form 2866 and Form 4340s) merely authenticate an official transcript of the Internal Revenue Service. The transcript ambiguously shows all assessments, penalties, interest, abatements, credits, refunds, and advances allegedly relating to Barry Cox and Janis Cox Form 1040 "returns"

1

RECEIVED

OCT 1 8 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**For The**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO, DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. SA 04 CA 0421 (FB) |
| BARRY COX and JANIS COX, ALEXANDER COX, and BANK ONE, NA, a Corporation, now known as CHASE BANK, NA, a Corporation, and ARGENT MORTGAGE COMPANY, a Limited Liability Company. | ) |

_____/ TO: United States District Court

**OBJECTIONS AND APPEALS TO UNITED STATES' RESPONSE TO DEFENDANTS' VARIOUS "OBJECTIONS AND APPEALS" (DOCKET NOS. 259, 263,& 265) AND MOTION TO DISMISS IRS "COMPLAINT" FOR VIOLATIONS OF FEDERAL RULES OF CIVIL PROCEDURE AND INTERENAL REVENUE CODE**

COMES NOW the Cox Defendants with OBJECTIONS AND APPEALS to the

captioned title (supra) and submits verified "exculpatory" evidence, as follows:

The Government's alleged "response" must be REJECTED by this Court

because the plaintiff again  **FAILED**  (as usual in all of its so called *responses)* to

legally or lawfully acknowledge (admit or deny)  or otherwise confront, address,

answer or disprove the material facts and statutory law and regulations supporting

1

the Cox Defendants' exculpatory evidence contained in the Cox Defendants' pleadings (Docket Nos. 252-254 and 259, 263 & 265, *inter alia*).

The lawyer for the United States has demonstrated nothing but "incompetence" in all of the "responses" from the government.  From the inception of the belatedly filed IRS "complaint" for alleged *back federal taxes* ( See: Court's Docket Sheet responses filed by the United States) the plaintiff has submitted pathetic, bogus, and unverified "discovery" from which the Magistrate Judge predicated her misguided and erroneous "Report and Recommendation."  In truth, however, not one genuine material fact, or honest assertion of supporting "admissible" evidence, <u>has been submitted by the government's lawyer to prove the existence of valid</u> *documents* (IRS forms or published statutes and regulation), or to prove the Cox Defendants are made liable as "taxpayers" for *back federal taxes*.  Simply put, the IRS "Proof of Claim" is fraudulent and the judges of Court <u>failed</u> to properly <u>investigate</u> the plaintiff's phony discovery (when challenged) required by applicable rules of law to determine if the IRS' "discovery" established tax liability.

In truth, not one shred of credible evidence exists to convince any competent trier-of-fact the Cox Defendants are made liable for any kind of tax derived from IRS Form 2866, Form 4340, Form 872  or Form 668(Y)(c).

This "instant" action will demonstrate (again) the many examples of obfuscation and "default responses" of the Government's lawyer.  In truth, the pathetic efforts to "technically" comply with the letter of the law, asserted by the AUSA, <u>failed</u>.

2

Accordingly, inasmuch as the impetus for proper disposition of this case has been returned to the Magistrate Judge RE-REFERRING these matters, it is incumbent upon the Court, as a matter of law, to fairly review *de novo* by examination and <u>thorough investigation</u> (at a hearing) the genuine and material "affirmative defenses" and to belatedly correct <u>miscreate</u> and erroneous Court "orders." It is now time for the Court to cite "findings of fact and conclusions of law" instead of the litany of gamesmanship, obfuscation and "blocking" orders.

In essence, the Government's lawyer avoids the law and exculpatory evidence by stating in his "default responses" the following:  (emphasis added):

> *"The United States will not address, entertain, confront or answer the Cox Defendants' pleadings, motions, briefs and responses…UNLESS THE COURT REQURES IT…because the defendants' have submitted only frivolous arguments which previous Courts have determined are nothing but warn-out tax-protestor rhetoric and the United States need not bother to answer since the IRS is entitled to collect back federal taxes for years 1988, 1989 & 1990 based on its assessments and tax liens."*

> *"The United States' response to the Cox Defendants' request for interrogatories and request for admissions is "the Government neither admits nor denies the controlling taxing statutes. The laws speak for themselves."*

> *"Defendants have not raised any new matters which would warrant any consideration by this Court….Defendants pleadings are frivolous and only deal with issues that have already been determined."*

Now, this Court knows, or should know [even though the Court will not admit it], the Government's so called *"responses"* are nothing but irrelevant hearsay and unsubstantiated rhetoric in violation of Rule 12(f).  The United States' commentary is grossly insufficient to prove the Cox Defendants are made liable, as taxpayers, for excise <u>back federal taxes</u> for periods 1988, 1989 & 1990.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAN 2 2 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-04-CA-421-FB |
| | § | |
| BARRY and JANIS COX, Individuals, | § | |
| ALEXANDER COX, Individually and as | § | |
| Trustee of the Cox Children's Irrevocable | § | |
| Trust, BANK ONE, N.A., a Corporation, and | § | |
| ARGENT MORTGAGE COMPANY, LLC, | § | |
| a limited liability company, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR STAY AND OBJECTION AND APPEAL TO AGREED JUDGMENT

Before the Court are the Motion for Stay of Order of Sale and Order of Eviction filed January 2, 2008 (docket #288), the Objection and Appeal to "Agreed Judgment" as to Claims Between United States and Argent Mortgage Company, LLC filed January 2, 2008 (docket #290), and the United States' Combined Response to Defendants' Motion for Stay of Order of Sale and Order of Eviction, and Defendants' Objection and Appeal to "Agreed Judgment" as to Claims Between United States and Argent Mortgage Company, LLC filed January 14, 2008 (docket #294). From a review of the record and the pleadings in this case, the Court finds the defendants have not raised any matters which require further consideration or relief because the issues have previously been reviewed and litigated in this Court. Therefore, the Court finds any relief requested in these pleadings should be denied.

Accordingly, IT IS HEREBY ORDERED that the Motion for Stay of Order of Sale and Order of Eviction (docket #288) and the Objection and Appeal to "Agreed Judgment" as to Claims Between United States and Argent Mortgage Company, LLC (docket #290) are DENIED.

It is so ORDERED.

SIGNED this ___22___ day of January, 2008.

FRED BIERY
UNITED STATES DISTRICT JUDGE

FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

**JAN 28 2008**

**CLERK, U.S. DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**BY_____ DEPUTY CLERK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-04-CA-421-FB |
| | § | |
| BARRY and JANIS COX, Individuals, | § | |
| ALEXANDER COX, Individually and as | § | |
| Trustee of the Cox Children's Irrevocable | § | |
| Trust, BANK ONE, N.A., a Corporation, and | § | |
| ARGENT MORTGAGE COMPANY, LLC, | § | |
| a limited liability company, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR STAY OF EXECUTION OF JUDGMENT AMD WAIVER OF SUPERSEDEAS BOND

Before the Court are Defendants' Motion for Stay of Execution of Judgment and Waiver of

Supersedeas Bond filed January 18, 2008 (docket #295), and United States' Response to Defendants'

Motion for Stay of Execution of Judgment and Waiver of Supersedeas Bond filed January 25, 2008

(docket #298). As the United States notes in its response, there is no reason to stay the sale of the

property because this Court has ruled on all applicable issues and the defendants have not raised any

matters warranting further consideration by this Court. The Court agrees.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Stay of Execution of

Judgment and Waiver of Supersedeas Bond (docket #295) is DENIED.

It is so ORDERED.

SIGNED this ___28___ day of January, 2008.

FRED BIERY
UNITED STATES DISTRICT JUDGE

# UNITED STATES BANKRUPTCY COURT

### For The

## WESTERN DISTRICT OF TEXAS

## SAN ANTONIO DIVISION

IN RE:  BARRY COX and JANIS COX          )
                                             ) CHAPTER 13
       **Debtor**                          ) CASE NO:  05-52663
                                             )
_____ )

TO:  Honorable Leif M. Clark, United States Bankruptcy Judge
      Honorable, Fred Biery, United States District Judge (04-CA-421-FB)

## MOTION FOR STAY PENDING FORENSIC ACCOUNTING OF IRS TAX ASSESSMENTS

COME NOW the Debtors Barry Cox and Janis Cox with their motion that these proceedings (Hearing) be stayed to allow the Debtors' recently commissioned agent, "forensic accountant," Victoria C. Osborn-CFE, ninety (90) days to obtain and complete a FOIA request of Debtors' IRS "master file" and to complete a thorough forensic analysis (accounting) of the specific IRS documents used to determine tax assessments and tax liens applicable to this case.

The evidence submitted by the Debtors' to date clearly demonstrate confusion about the "trustworthiness" or accuracy of  IRS RACS Reports (Form 4340s) promulgating suspicious dates of assessment on IRS Form 688(Y)(c) Notice of Federal Tax Liens.

1

TITLE 26 > Subtitle F > CHAPTER 61 > Subchapter A > PART II > Subpart A > § 6011

## § 6011. General requirement of return, statement, or list

### (a) General rule

When required by regulations prescribed by the Secretary any person made liable for any tax imposed by this title, or with respect to the collection thereof, shall make a return or statement according to the forms and regulations prescribed by the Secretary. Every person required to make a return or statement shall include therein the information required by such forms or regulations.

### (b) Identification of taxpayer

The Secretary is authorized to require such information with respect to persons subject to the taxes imposed by chapter 21 or chapter 24 as is necessary or helpful in securing proper identification of such persons.

### (c) Returns, etc., of DISCS and former DISCS and former FSC's

#### (1) Records and information

A DISC, former DISC, or former FSC (as defined in section 922 as in effect before its repeal by the FSC Repeal and Extraterritorial Income Exclusion Act of 2000) shall for the taxable year—

**(A)** furnish such information to persons who were shareholders at any time during such taxable year, and to the Secretary, and

**(B)** keep such records, as may be required by regulations prescribed by the Secretary.

# CFR parts for which 26 USC 6011 provides authority

This is a list of parts within the Code of Federal Regulations for which this US Code section provides rulemaking authority. It is taken from the Parallel Table of Authorities provided by NARA at http://www.access.gpo.gov/nara/cfr/parallel/parallel_table.html. It is not guaranteed to be accurate or up-to-date, though we do refresh the database weekly. More limitations on accuracy are described at the NARA site.

- 26 CFR 156
- 26 CFR 301
- 26 CFR 31
- 26 CFR 40
- 26 CFR 55
- 27 CFR 194
- 27 CFR 25
- 27 CFR 53
- 27 CFR 73

**Sec. 6321. Lien for taxes.**

If **any person liable** to pay any tax neglects or refuses to pay the same, after demand, the amount (including any interest, additional amount, addition to tax, or assessable penalty, together with any costs that may accrue in addition thereto) shall be a lien in favor of the United States upon all property and rights to property, whether real or personal, belonging to such person.

26 USC 6321

The IRS refuses to say how, or under what code section, they have determined that individual citizens are **liable** for tax on **domestic income** (see Who is Liable), They just pretend you are, and hope you don't know any better and won't ask any questions !!

Furthermore, the Published Regulations, which are **required** by 44 U.S.C. 1505. Documents To Be Published...., for **general public** applicability for this Code Section, **fail to show any applicability to Title 26**, but rather, either remain **totally unpublished** (thereby remaining applicable **only to Federal Employees**) or **show applicability only within Title 27**, in regards to **alcohol, tobacco & firearms** activities, **not Title 26 !**


## Title 27: Alcohol, Tobacco and Firearms
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Lien for Taxes


Browse Next

**§ 70.141  Lien for taxes.**

If any person liable to pay any tax under provisions of 26 U.S.C. enforced and administered by the Bureau neglects or refuses to pay the same after demand, the amount (including any interest, additional amount, addition to tax, or assessable penalty, together with any costs that may accrue in addition thereto) shall be a lien in favor of the United States upon all property and rights to property, whether real or personal, tangible or intangible, belonging to such person. The lien attaches to all property and rights to property belonging to such person at any time during the period of the lien, including any property or rights to property acquired by such person after the lien arises. Solely for purposes of this section and §§70.161 and 70.162 of this part, any interest in restricted land held in trust by the United States for an individual noncompetent Indian (and not for a tribe) shall not be deemed to be property, or a right to property, belonging to such Indian.

⟨ (26 U.S.C. 6321) ⟩

**Sec. 6331 Levy and distraint.**

(a) **Authority of Secretary.** If **any person liable** to pay any tax neglects or refuses to pay the same within ten days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under Section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. **Levy may be made upon** the accrued salary or <u>wages</u> of **any officer, employee, or elected official**, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia by serving a notice of levy on the employer (as defined in section 3401 (d)) of such officer, employee or elected official. ..... (emphasis added)

<u>26 USC 6331</u>



**Who may levy be made upon –** "any person liable" i.e.: *<u>Withholding Agents</u>* & <u>Employers</u>, and "any officer, employee, or elected official of the United States," ??

Where are citizens **NOT** working for the government, covered if they are not the *Withholding Agent* or the Employer who has withheld tax???

**Obviously not here, As the IRS claims !!**

Furthermore, the <u>Published Regulations</u>, which are **required by** <u>44 U.S.C. 1505. Documents To Be Published...,</u> for **general public applicability** for this Code Section, **fail to show any applicability to Title 26**, but rather, either remain **totally unpublished** (thereby remaining applicable **only** to Federal Employees) or **show applicability only within Title 27**, in regards to **alcohol, tobacco & firearms** activities, not **Title 26 !**

**So this section really only applies to** *Withholding Agents*, employers, Federal employees, and the persons associated with **Title 27 (ATF) activities.) !**

[Code of Federal Regulations]
[Title 27, Volume 1]
[Revised as of April 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 27CFR70.161]

[Page 1028-1030]

TITLE 27--ALCOHOL, TOBACCO PRODUCTS AND FIREARMS

CHAPTER I--ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, DEPARTMENT OF THE TREASURY

PART 70_PROCEDURE AND ADMINISTRATION--Table of Contents

Subpart D_Collection of Excise and Special (Occupational) Tax

Sec. 70.161 Levy and distraint.

(a) Authority to levy --

(1) In general. If any person liable to pay any tax neglects or refuses to pay the tax within 10 days after notice and demand, the appropriate ATF officer who initiated the assessment may proceed to collect the tax by levy, provided the taxpayer has been furnished the notice described in Sec. 70.162(a) of this part. The appropriate ATF officer may levy upon any property, or rights to property, whether real or personal, tangible or intangible, belonging to the taxpayer. The appropriate ATF officer may also levy upon property with respect to which there is a lien provided by 26 U.S.C. 6321 for the payment of the tax. For exemption of certain property from levy, see 26 U.S.C. 6334 and Sec. Sec. 70.241 through 70.245 of this part. For exemption of certain property from levy, see 26 U.S.C. 6334 and Sec. Sec. 70.241 through 70.245 of this part. As used in 26 U.S.C. 6331 and this section, the term ``tax'' includes any interest, additional amount, addition to tax, or assessable penalty, together with costs and expenses. Property subject to a Federal tax lien which has been sold or otherwise transferred by the taxpayer may be seized while in the hands of the transferee or any subsequent transferee. However, see 26 U.S.C. 6323(i)(2) and Sec. 70.144 of this part concerning the subrogation rights of certain transferees. Levy may be made by serving a Notice of Levy on any person in possession of, or obligated with respect to, property or rights to property subject to levy, including receivables, bank accounts, evidences of debt, securities, and salaries, wages, commissions, or other compensation. Except as provided in Sec. 70.162(c) of this part with regard to a levy on salary or wages, a levy extends only to property possessed and obligations which exist at the time of the levy. Obligations exist when the liability of the obligor is fixed and determinable although the right to receive payment thereof may be deferred until a later date. For example, if on the first day of the month a delinquent taxpayer sold personal property subject to an agreement that the buyer remit the purchase price on the last day of the month, a levy made on the buyer on the 10th day of the month would reach the amount due on the sale, although the buyer need not satisfy the levy by paying over the amount to the appropriate ATF officer until the last day of the month. Similarly, a levy only reaches property in the possession of the person levied upon at the time the levy is made. For example, a levy made on a bank with respect to the account of a delinquent taxpayer is satisfied if the bank surrenders the amount of the taxpayer's balance at the time the levy is made, including interest thereon to the date of surrender. The levy has no effect upon any subsequent deposit made in the bank by the taxpayer. Subsequent deposits may be reached only by a subsequent levy on the bank.

(2) Jeopardy cases. If the appropriate ATF officer finds that the collection of any tax is in jeopardy, that officer may make notice and demand for immediate payment of such tax and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in 26 U.S.C. 6331(a) or the 30-day period provided in 26 U.S.C. 6331(d).

**Regarding The Levy Power Reflected At 26 USC 6331**

*"For a levy to be statutorily authorized in the circumstances here, two conditions must be fulfilled. First, a 10-day notice of intent to levy must have issued. See 26 U.S.C. § 6331(a). Second, the taxpayer must be liable for the tax. Id. Tax liability is a condition precedent to the demand. Merely demanding payment, even repeatedly, does not cause liability.*

*For the condition precedent of liability to be met, there must be a lawful assessment, either a voluntary one by the taxpayer or one procedurally proper by the IRS. Because this country's income tax system is based on voluntary self-assessment, rather than distraint, Flora v. United States, 362 U.S. 145, 176, 80 S.Ct. 630, 646-47, 4 L.Ed.2d 623 (1960), the Service may assess the tax only in certain circumstances and in conformity with proper procedures."*
Bothke v. Terry, 713 F. 2d 1405, at 1414 (1983)."

Much like its close cousin, the codified rendering of the summons/examination/audit authority (discussed here), the levy power codified at 26 USC 6331(a) deploys expansive-- indeed, seemingly all-encompassing-- language:

> *26 USC 6331*
> *(a) Authority of Secretary*
> *If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.*

Taken as presented, the general provisions of this "code" section would appear to apply, at least potentially, to "any person" at all. That is, this language suggests that any (which is to say, every) person can be among those whose property is subject to unilateral seizure by levy, presuming a liability for any tax is asserted or established. However, this is not the case.

The actual statutory language underlying 26 USC 6331 confines the application of its authority to a relatively narrow class of "taxpayer"-persons, distinguished by monthly (and other special return) filing requirements-- such as federal "employers", of course, as well as distillers, per section 3307 of the Revised Statutes (R. S.); brewers, per R. S. 3337 and 3338; and tobacco producers, per R. S. 3358 and 3390. Annual filers are not encompassed by this authority (although nothing precludes a normal effort by a government to sue such a filer should he or she declare a taxable amount of "income" on a return, resulting in a tax due, which then goes unpaid). That language reads as follows:

> *R. S. Sec. 3185. All returns required to be made monthly by any person liable to tax shall be made on or before the tenth day of each month, and the tax assessed or due thereon shall be returned by the Commissioner of Internal Revenue to the collector on or before the last day of each month. All returns for which no provision is otherwise made shall be made on or before the tenth day of the month succeeding the time when the tax is due and liable to be assessed, and the tax thereon shall be returned as herein provided for monthly returns, and shall be due and payable on or before the last day of the month in which the assessment is so made. When the said tax is not paid on or before the last day of the month, as aforesaid, the collector shall add a penalty of five per centum, together with interest at the rate of one per centum per month, upon such tax from the time the same became due; but no interest for a fraction of a month shall be demanded: Provided, that notice of the time when such tax becomes due and payable is given in such manner as may be prescribed by the Commissioner of Internal Revenue. It shall then be the duty of the collector, in case of the non-payment of said tax on or before the last day of the month, as aforesaid, to demand payment thereof, with five per centum added thereto, and interest at the rate of one per centum per month, as aforesaid, in the manner prescribed by law; and if said tax, penalty, and interest, are not paid within ten days after such demand, it shall be lawful for the collector or his deputy to make distraint therefor, as provided by law. (The interest rate established in this statute was changed to 6% per annum by section 404 of the Revenue Act of 1935.)*

This language is helpfully reformatted in the original codification of the statute in 1939 (of which the current section 6331 of 26 USC is merely a convenient, consolidated rendering, with no change in meaning):

> *Part II—Assessment, Collection, and Refund*

> *SEC. 3310. RETURNS AND PAYMENT OF TAX.*

(a) MONTHLY RETURNS.—All returns required to be made monthly by any person liable to tax shall be made on or before the 10th day of each month, and the tax assessed or due thereon shall be returned by the Commissioner to the collector on or before the last day of each month.

(b) OTHER RETURNS.—All returns for which no provision is otherwise made shall be made on or before the 10th day of the month succeeding the time when the tax is due and liable to be assessed, and the tax thereon shall be returned as herein provided for monthly returns, and shall be due and payable on or before the last day of the month in which the assessment is so made.

(c) ADDITION TO TAX IN CASE OF NONPAYMENT.—When the said tax is not paid on or before the last day of the month, as aforesaid, the collector shall add a penalty of 5 per centum, upon such tax from the time the same became due; but no interest for a fraction of a month shall be demanded: Provided, That notice of the time when such tax becomes due and payable is given in such manner as may be prescribed by the Commissioner.

(d) DEMAND FOR TAX, PENALTY, AND INTEREST.—It shall then be the duty of the collector, in case of the nonpayment of said tax on or before the last day of the month, as aforesaid, to demand payment thereof, with 5 per centum added thereto, and interest at the rate of 6 per centum per annum, as aforesaid, in the manner prescribed by law; and

(e) DISTRAINT.—If said tax, penalty, and interest, are not paid within ten days after such demand, it shall be lawful for the collector or his deputy to make distraint therefor, as provided by law.

As previously noted, it will be observed that the distraint (levy) authority is provided only in connection with "monthly return" filers and those required to file "other returns for which no provision [as to filing time] is otherwise made...". This excludes annual filers, for whom filing dates are specified by law, as reflected in the following language of the 1939 IRC:

CHAPTER 1- INCOME TAX

SUBCHAPTER B- GENERAL PROVISIONS

PART V- RETURNS AND PAYMENT OF TAX

SEC. 53. TIME AND PLACE FOR FILING RETURNS.

(a) TIME FOR FILING.—

(1) GENERAL RULE.—Returns made on the basis of the calendar year shall be made on or before the 15th day of March following the close of the calendar year. Returns made on the basis of a fiscal year shall be made on or before the 15th day of the third month following the close of the fiscal year.

(Although the derivation tables for section 6331(a) of the current code indicate that, in addition to section 3310 of the 1939 IRC, elements of sections 3660, 3690, 3692 and 3700 of that earlier code are also reflected in 6331(a)'s construction, none of these expand the scope of application of the levy power. It is only in 3310 that the relevant notice and demand requirement, around which all the other sections revolve, is presented. This accurately reflects the statutes underlying all the relevant derivative 1939 and current IRC sections-- which include R. S. 3187, 3188 and 3196, as well as sections 1016 of the Revenue Act of 1924, 1105 of the Revenue Act of 1932, 510 of the Revenue Act of 1934 and 404 of the Revenue Act of 1935. Only R. S. 3185 imposes the relevant notice and demand protocol, and thus establishes the class to which the related provisions apply. See your CtC Companion CD for the complete language of these code and statute sections.)

The actual statutory language of the "jeopardy" provision, also referenced in a vague and seemingly expansive manner in 26 USC §6331(a) (and presented here as accurately codified in 1939), underscores the limited lawful application of the authority reflected in that code section as a whole:

SEC. 3660. JEOPARDY ASSESSMENT.

(a) If the Commissioner believes that the collection of any tax (**other than income tax, estate tax, and gift tax**) under any provision of the internal-revenue laws will be jeopardized by delay, he shall, whether or not the time otherwise prescribed by law for making return and paying such tax has expired, immediately assess such tax (together with all interest and penalties the assessment of which is provided for by law). Such tax, penalties, and interest shall thereupon become immediately due and payable, and immediate notice and demand shall be made by the collector for the payment thereof. Upon failure or refusal to pay such tax, penalty, and interest, collection thereof by distraint shall be lawful without regard to the period prescribed in section 3690. (Emphasis added)

Dealing with existing sworn allegations upon which underlying liabilities could be presumed, in the manner provided for by law (see 'Cracking the Code- The Fascinating Truth About Taxation In America'), is, of course, the proper means of precluding, or correcting, misapplication of the authority reflected at 6331(a). (Ultimately, it is the ONLY effective means of doing so.)

Still, those who have foregone the timely taking of that "ounce of prevention", and are thus having to swallow a pound of cure-- that is, undoing the effects of having left erroneous evidence about one's earnings uncorrected, one of which is often an attempt to levy-- might be well-advised to review their status in light of the foregoing, and, if appropriate, consider constructively noticing anyone proposing to improperly levy, or proposing to cooperate with an improper levy. Such a notice (transmission of which should <u>absolutely</u> be "comprehensively witnessed", as discussed on page 180 of CtC) might look something like <u>this...</u>

*NOTE: The language in 6331(a) relating to levies of "wages" by means of a "Notice of Levy" is not a modification or expansion of the levy authority as such. It is merely reflective of the fact that the particular property to which that language refers is already in the possession of the government.*

*This is so because that language refers exclusively to those paid by the federal government, or its agencies and instrumentalities. Thus the "payor" who must respond to such a notice is a component of the federal government itself. As a consequence of that fact, the only aspect of "levying" needing to be done in such cases is the administrative reassignment of the property from the status of "owed to the worker" to "seized (levied) by the Secretary". The "Notice of Levy" is just what it says: Notification that the property has been levied by this administrative mechanism. Property not so situated can only be brought into the custody of the Secretary by means of an entirely different, much more circumscribed-- and properly adversarial-- process.*

*(Misunderstanding of the "Notice of Levy" provision is broadly exploited by the IRS. See 'A Sorry But Instructive Little Subterfuge' for more on this subject.)*

<div align="center">***</div>

By the way, anyone on the receiving end of a dire-looking "notice" alleging that a tax (or "frivolous return" or other penalty assessable as a tax) is owing, and threatening levy, might want to keep the following (in which emphasis has been added where appropriate) in mind:

> *26 USC §6203 Method of assessment*

> *The assessment shall be made by recording the liability of the taxpayer in the office of the Secretary in accordance with rules or regulations prescribed by the Secretary. **Upon request of the taxpayer, the Secretary shall furnish the taxpayer a copy of the record of the assessment;***

...among the rules or regulations prescribed by the Secretary, per the directive reflected at 26 USC §6203, we find:

> *26 CFR §301.6203-1 Method of assessment*

> *The district director and the director of the regional service center shall appoint one or more assessment officers. The district director shall also appoint assessment officers in a Service Center servicing his district. **The assessment shall be made by an assessment officer signing the summary record of assessment.** The summary record, through supporting records, **shall provide identification of the taxpayer, the character of the liability assessed, the taxable period, if applicable, and the amount of the assessment. The amount of the assessment shall, in the case of tax shown on a return by the taxpayer, be the amount so shown, and in all other cases the amount of the assessment shall be the amount shown on the supporting list or record. The date of the assessment is the date the summary record is signed by an assessment officer.** If the taxpayer requests a copy of the record of assessment, he shall be furnished a copy of the pertinent parts of the assessment which set forth the name of the taxpayer, the date of assessment, the character of the liability assessed, the taxable period, if applicable, and the amounts assessed.*

...and in regard to "frivolous return" or other penalties assessable as a tax:

> *26 USC §6671. Rules for application of assessable penalties*

> *(a) Penalty assessed as tax*

*The penalties and liabilities provided by this subchapter [which includes section 6702 - RPM] shall be paid upon notice and demand by the Secretary, and shall be assessed and collected in the same manner as taxes. Except as otherwise provided, any reference in this title to "tax" imposed by this title shall be deemed also to refer to the penalties and liabilities provided by this subchapter.*

and

### 26 USC §6751. Procedural Requirements

(b) Approval of assessment

(1) In general
*No penalty under this title shall be assessed unless the initial determination of such assessment is personally approved (in writing) by the immediate supervisor of the individual making such determination or such higher level official as the Secretary may designate.*

Thus we can see that in order for there to be legal force behind a "notice" demanding money for a tax liability or "frivolous return" or other penalty assessable as a tax and threatening levy, the "notice" must be (or there must have already been) a statutory "notice and demand"; <u>it can only be issued after a record of assessment has been signed by an assessment officer</u> (who therefore becomes legally responsible in a personal capacity for the legitimacy of the assessment); and provisions are in place obliging the Secretary to furnish a copy of that record of assessment to the person alleged to be liable.

Furthermore, an assessment, in turn, can only be made pursuant to a signed return:

### 26 USC §6201

(a) Authority of Secretary

*The Secretary is authorized and required to make the inquiries, determinations, and assessments of all taxes (including interest, additional amounts, additions to the tax, and assessable penalties) imposed by this title, or accruing under any former internal revenue law, which have not been duly paid by stamp at the time and in the manner provided by law. Such authority shall extend to and include the following:*

*(1) Taxes shown on return
The Secretary shall assess all taxes determined by the taxpayer or by the Secretary as to which returns or lists are made under this title.*

Somebody's got to take responsibility for the creation of any enforceable debt. If a filer hasn't created that debt by his or her own signature on an instrument declaring the obligation, then the alleged creditor would have to do so, as the very minimum necessary to support an allegation of the existence of an obligation. Further, even that protocol only signifies in the case of a default by the supposed debtor. When a filer has executed an appropriate instrument establishing that no such debt exists, that is the end of the matter. As is specified in 26 CFR §301.6203-1 (quoted above):

*"The amount of the assessment shall, in the case of tax shown on a return by the taxpayer, be the amount so shown,"*

*(Nonetheless, though, a certain level of sustained belatedness can possibly act as an effective exception. For instance, a failure to file in the face of "information return" testimony, followed by a continuing failure to do so in response to correspondingly-proposed deficiencies (via a statutory "notice of deficiency", also known as a "90-day letter") and eventual collections activities could <u>effectively</u> amount to an assessment, and might ultimately be beyond effective remediation even by the eventual filing of a return.)*

By the way, as is always the case, if a tax agency refuses to afford the benefit of a provision specified as for a "taxpayer" to anyone, this pretty clearly establishes that the agency does not have a good-faith belief that that person IS, in fact, a "taxpayer"... In this particular case, the provision unambiguously links the right to demand a copy of the record of assessment to liability for the amount assessed. Thus, agency refusal to furnish a copy of a "record of assessment" in connection with any "notice" purporting to demand a payment would constitute an unambiguous acknowledgement by the agency that the requester is not, in fact, actually liable for the amount "demanded".

Anyone making such a request might therefore want to consider including language explicitly declaring something to the effect of *"...the making of the request is not to be considered or construed as an admission of "taxpayer" status or of liability for any tax or penalty, and that a refusal to cooperate with the request will be recognized as an acknowledgement that the requester is NOT, in fact, liable for the tax or penalty alleged to be due and owing or otherwise collectible in any manner on the document received, a copy of*

Further, since certain IRS records of assessment are merely aggregate records-- batching many assessments together and only reporting aggregated totals-- a request made for the purpose of verifying or refuting personal liability might also benefit from language specifying that an aggregate record **will not** satisfy the request, and that adequate compliance with the request requires documentation sufficient to clearly establish **the requester's _personal_ liability.** Obviously, an "aggregate" assessment report neither satisfies the specifications of §6203 nor substantiates anything concerning the individual making the request. (Nonetheless, several warriors being treated to "notices" alleging outstanding liabilities have received only such <u>aggregate records</u> in response to their §6203 requests, in what can only be taken to be comically transparent efforts to suggest that an assessment exists when none actually does. Compare that "aggregate record" response to <u>this example</u>, while keeping in mind the specifications for § 6203 responses laid out in 26 CFR §301.6203-1.)

_NOTE: There is some case law taking the position that even when a record of assessment DOES exist, and IS furnished in response to a §6203 request, the Secretary can choose to provide only selective information off the record that suits his convenience, rather than an actual copy of the summary record of assessment. Rulings to this effect appear to relate only to challenges to the existence of the record, not the legal sufficiency of the assessment. If I were requesting a copy of a record of assessment, I would include an explicit demand for an actual photocopy, with the signature of the assessment officer included, **and an explicit statement that the reason for the request was both to establish the existence of the assessment, and to determine for myself the assessment's complete compliance with all related provisions of law.**_

_NOTE II: Whether or not a request for evidence of a technically-sufficient assessment has been complied with is not, in and of itself, a factor in the technical-sufficiency of the assessment. That is, if a technically-sufficient assessment HAS been made, it is valid for collections purposes even if evidence of it has not been provided to the individual concerned. Click <u>here</u> for more on this._

### **Regarding Liens**

All of the above relating to assessments has application to "lien" proceedings as well, which are also predicated on the existence of a valid, perfected assessment.

Furthermore:

I received the following email from an Arizona warrior recently:

_"Hey, Pete. I called up the Pima County recorders office today to have the federal notice of tax liens removed because they were not certified by the officer who wanted them recorded. This is what he said to me, "The Arizona constitution says that federal law is the supreme law of the land." I corrected him by saying section 3 of the Arizona constitution says the constitution of the United States of America is the supreme law of the land. Undeterred, he says ARS 33-1031 -1035 has no bearing because it is state law and not federal."_

Taking no regard of the relevant meaning of "State" in the language below (which is subject to the general, code-wide definition, by the way, not the more explicit definition in chapter 21)-- both because it is irrelevant here, and even if it reflected a distinction which WAS relevant, those in the offices in which the liens are to be filed wouldn't recognize or acknowledge that distinction, I am prompted to make the following observations (all emphasis added):

   _AR33-1033. Execution of notices and certificates_

   **Certification of notices of liens,** _certificates or other notices affecting federal liens by the secretary of the treasury of the United States or his delegate, or by any official or entity of the United States responsible for filing or certifying notice of any other lien,_ **entitles them to be filed or recorded** _and no other attestation, certification or acknowledgement is necessary._

   _26 USC 6323_

   _(a) Purchasers, holders of security interests, mechanic's lienors, and judgment lien creditors_

   **The lien imposed by section** <u>_6321_</u> _[lien for taxes- PH]_ **shall not be valid** _as against any purchaser, holder of a security interest, mechanic's lienor, or judgment lien creditor_ **until notice thereof** _which meets the requirements of subsection (f)_ **has been filed by the Secretary.**

**Title 27: Alcohol, Tobacco and Firearms**
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Assessment

Browse Next

### § 70.71   Assessment authority.

The appropriate TTB officers are authorized and required to make all inquiries necessary to the determination and assessment of all taxes imposed under the provisions of 26 U.S.C. enforced and administered by the Bureau. The appropriate TTB officers are further authorized and required to make the determinations and the assessments of such taxes. The term "taxes" includes interest, additional amounts, additions to the taxes, and assessable penalties. The authority of the appropriate TTB officers to make assessment includes the following:

(a) *Taxes shown on return.* The appropriate TTB officer shall assess all taxes determined by the taxpayer or by the appropriate TTB officer and disclosed on a return or list.

(b) *Unpaid taxes payable by stamp.* (1) If without use of the proper stamp:

(i) Any article upon which a tax is required to be paid by means of a stamp is sold or removed for sale or use by the manufacturer thereof, or

(ii) Any transaction or act upon which a tax is required to be paid by means of a stamp occurs, the appropriate TTB officer, upon such information as can be obtained, must estimate the amount of the tax which has not been paid and the appropriate TTB officer must make assessment therefor upon the person the appropriate TTB officer determines to be liable for the tax. However, the appropriate TTB officer may not assess any tax which is payable by stamp unless the taxpayer fails to pay such tax at the time and in the manner provided by law or regulations.

(2) If a taxpayer gives a check or money order as a payment for stamps but the check or money order is not paid upon presentment, then the appropriate TTB officer shall assess the amount of the check or money order against the taxpayer as if it were a tax due at the time the check or money order was received by appropriate TTB officer.

(26 U.S.C. 6201)

[T.D. ATF–301, 55 FR 47611, Nov. 14, 1990]

**Title 27: Alcohol, Tobacco and Firearms**
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Assessment

Browse Previous | Browse Next

## § 70.72   Method of assessment.

The assessment shall be made by an appropriate TTB officer signing the summary record of assessment. The summary record, through supporting records, shall provide identification of the taxpayer, the character of the liability assessed, the taxable period, if applicable, and the amount of the assessment. The amount of the assessment shall, in the case of tax shown on a return by the taxpayer, be the amount so shown, and in all other cases the amount of the assessment shall be the amount shown on the supporting list or record. The date of the assessment is the date the summary record is signed by an appropriate TTB officer. If the taxpayer requests a copy of the record of assessment, the taxpayer shall be furnished a copy of the pertinent parts of the assessment which set forth the name of the taxpayer, the date of assessment, the character of the liability assessed, the taxable period, if applicable, and the amounts assessed.

(26 U.S.C. 6203)

[T.D. ATF–251, 52 FR 19314, May 22, 1987. Redesignated and amended by T.D. ATF–301, 55 FR 47606 and 47612, Nov. 14, 1990; T.D. ATF–450, 66 FR 29025, May 29, 2001]

**Title 27: Alcohol, Tobacco and Firearms**
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Limitations

Browse Next

### § 70.221   Period of limitations upon assessment.

(a) The amount of any tax imposed by the Internal Revenue Code (other than a tax collected by means of stamps) shall be assessed within 3 years after the return was filed. For rules applicable in cases where the return is filed prior to the due date thereof, see section 6501(b) of the Internal Revenue Code. In the case of taxes payable by stamps, assessment shall be made at any time after the tax becomes due and before the expiration of 3 years after the date on which any part of the tax was paid. For exceptions and additional rules, see subsections (b) and (c) of section 6501 of the Internal Revenue Code.

(b) No proceeding in court without assessment for the collection of any tax shall be begun after the expiration of the applicable period for the assessment of such tax.

(26 U.S.C. 6501)

[T.D. ATF–251, 52 FR 19314, May 22, 1987. Redesignated by T.D. ATF–301, 55 FR 47608, Nov. 14, 1990]

**Title 27: Alcohol, Tobacco and Firearms**
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Limitations

Browse Previous | Browse Next

**§ 70.224  Collection after assessment.**

(a) *Length of period* —(1) *General rule.* In any case in which a tax has been assessed within the statutory period of limitation properly applicable thereto, a proceeding in court to collect such tax may be begun, or levy for the collection of such tax may be made, within 10 years after the assessment thereof.

(2) *Extension by agreement.* (i) The 10-year period of limitation on collection after assessment of any tax may, prior to the expiration thereof, be extended for any period of time agreed upon in writing by the taxpayer and the appropriate TTB officer. Whenever necessary to protect the revenue, such officer may also execute a written agreement with the taxpayer to extend the period of limitation. The extension becomes effective upon execution of the agreement by both the taxpayer and such officer.

(ii) The period of limitation on collection after assessment of any tax (including any extension of such period) may be extended after the expiration thereof if there has been a levy on any part of the taxpayer's property prior to such expiration and if the extension is agreed upon in writing prior to a release of the levy under the provisions of 26 U.S.C. 6343. An extension under this paragraph has the same effect as an agreement made prior to the expiration of the period of limitation on collection after assessment, and during the period of the extension collection may be enforced as to all property or rights to property owned by the taxpayer whether or not seized under the levy which was released.

(iii) Any period agreed upon under the provisions of paragraph (a)(1) of this section may be extended by subsequent agreements in writing made before the expiration of the period previously agreed upon.

(3) If a timely proceeding in court for the collection of a tax is commenced, the period during which such tax may be collected by levy shall be extended and shall not expire until the liability for the tax (or a judgment against the taxpayer arising from such liability) is satisfied or becomes unenforceable.

(b) *Date when levy is considered made.* The date on which a levy on property or rights to property is made is the date on which the notice of seizure provided in 26 U.S.C. 6335(a) is given.

(26 U.S.C. 6502)

[T.D. ATF–301, 55 FR 47641, Nov. 14, 1990, as amended by T.D. ATF–450, 66 FR 29028, May 29, 2001]

**Title 27: Alcohol, Tobacco and Firearms**
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Collection—General Provisions

Browse Next

### § 70.51  Collection authority.

The taxes imposed by provisions of 26 U.S.C. enforced and administered by the Bureau must be collected by appropriate TTB officers.

(26 U.S.C. 6301)

[T.D. ATF–450, 66 FR 29024, May 29, 2001]

Browse Next

# Title 27: Alcohol, Tobacco and Firearms
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Notice and Demand

Browse Next

### § 70.81   Notice and demand for tax.

(a) *General rule.* Where it is not otherwise provided by provisions of 26 U.S.C. enforced and administered by the Bureau, the appropriate TTB officer shall, after the making of an assessment of a tax pursuant to §70.71 of this part, give notice to each person liable for the unpaid tax, stating the basis for the tax due, the amount of tax, interest, additional amounts, additions to the tax and assessable penalties, and demanding payment thereof. Such notice shall be given as soon as possible and within 60 days. However, the failure to give notice within 60 days does not invalidate the notice. Such notice shall be left at the dwelling or usual place of business of such person, or shall be sent by mail to such person's last known address.

(b) *Assessment prior to last date for payment.* If any tax is assessed prior to the last date prescribed for payment of such tax, demand that such tax be paid will not be made before such last date, except where it is believed collection would be jeopardized by delay.

(26 U.S.C. 6303 and 7521)

[T.D. ATF–301, 55 FR 47613, Nov. 14, 1990]

**Title 27: Alcohol, Tobacco and Firearms**
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Judicial Proceedings

Browse Next

### § 70.191  Authorization.

(a) *In general.* A civil action for the collection or recovery of taxes, or of any fine, penalty, or forfeiture (with respect to the provisions of 26 U.S.C. enforced and administered by the Bureau) will be commenced when the appropriate TTB officer, directs that the action be commenced.

(b) *Property held by banks.* The appropriate TTB officer shall not authorize or sanction any civil action for the collection or recovery of taxes, or of any fine, penalty, or forfeiture, from any deposits held in a foreign office of a bank engaged in the banking business in the United States or a possession of the United States unless the appropriate TTB officer believes:

(1) That the taxpayer is within the jurisdiction of a U.S. court at the time the civil action is authorized or sanctioned and that the bank is in possession of (or obligated with respect to) deposits of the taxpayer in an office of the bank outside the United States or a possession of the United States; or

(2) That the taxpayer is not within the jurisdiction of a U.S. court at the time the civil action is authorized or sanctioned, that the bank is in possession of (or obligated with respect to) deposits of the taxpayer in an office of the bank outside the United States or a possession of the United States, and that such deposits consist, in whole or in part, of funds transferred from the United States or a possession of the United States in order to hinder or delay the collection of a tax imposed by the provisions of 26 U.S.C. enforced and administered by the Bureau.

(26 U.S.C. 7401)

[T.D. ATF–301, 55 FR 47633, Nov. 14, 1990, as amended by 66 FR 29027, May 29, 2001]

# Title 27: Alcohol, Tobacco and Firearms
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Judicial Proceedings

Browse Previous | Browse Next

## § 70.192  Action to enforce lien or to subject property to payment of tax.

(a) *Civil actions.* In any case where there has been a refusal or neglect to pay any tax (with respect to the provisions of 26 U.S.C. enforced and administered by the Bureau) or to discharge any liability in respect thereof, whether or not levy has been made, the Attorney General or designated delegate at the request of the appropriate TTB officer, may direct a civil action to be filed in any court of the United States to enforce the lien of the United States under the Internal Revenue Code with respect to such tax or liability or to subject any property, of whatever nature, of the delinquent, or in which the delinquent has any right, title or interest, to the payment of such tax or liability. In any such proceeding, at the instance of the United States, the court may appoint a receiver to enforce the lien, or, upon certification by the appropriate TTB officer during the pendency of such proceedings that it is in the public interest, may appoint a receiver with all the powers of a receiver in equity.

(b) *Bid by the United States.* If property is sold to satisfy a first lien held by the United States, the United States may bid at the sale a sum which does not exceed the amount of its lien and the expenses of the sale. See also 31 U.S.C. 3715.

(26 U.S.C. 7403)

[T.D. ATF–301, 55 FR 47633, Nov. 14, 1990, as amended by 66 FR 29027, May 29, 2001]

**Title 27: Alcohol, Tobacco and Firearms**
PART 70—PROCEDURE AND ADMINISTRATION
Subpart D—Collection of Excise and Special (Occupational) Tax
Crimes, Other Offenses and Forfeitures

Browse Previous

### § 70.333  Offenses by officers and employees of the United States.

Any officer or employee of the United States acting in connection with any provisions of 26 U.S.C. enforced and administered by the Bureau required to make a written report under the provisions of 26 U.S.C. 7214(a)(8) shall submit such report to the appropriate TTB officer.

(26 U.S.C. 7214)

[T.D. ATF–301, 55 FR 47653, Nov. 14, 1990, as amended by T.D. ATF–450, 66 FR 29028, May 29, 2001]

# THE DEPARTMENT OF THE TREASURY



**SECRETARY**

**DEPUTY SECRETARY**

Inspector General

Treasury Inspector General for Tax Administration

Chief of Staff

White House Liaison

Director of Operations

**Assistant Secretary (Management) & CFO**
- Deputy Chief Financial Officer
- Deputy Assistant Secretary (Chief Information Officer)
- Office of the Procurement Executive
- Director, Disaster and Emergency Programs
- Director, Office of Small and Disadvantage Business Utilization

**Under Secretary for Terrorism and Financial Intelligence**

**Assistant Secretary (Tax Policy)**
- Deputy Assistant Secretary (Tax Policy)
- Deputy Assistant Secretary (Tax Analysis)
- Deputy Assistant Secretary (Int'l Tax Affairs)
- Deputy Assistant Secretary (Rep, Tariff and Trade Enforcement)

**Assistant Secretary (Intelligence and Analysis)**
- Deputy Assistant Secretary (Intelligence and Analysis)
- Deputy Assistant Secretary (Security)

**Assistant Secretary (Terrorist Financing)**
- Deputy Assistant Secretary (Terrorist Financing and Financial Crimes)
- Office of Foreign Assets Control
- Executive Office for Asset Forfeiture

**Under Secretary for Domestic Finance**

**Assistant Secretary (Financial Markets)**
- Deputy Assistant Secretary (Government Financial Policy)
- Deputy Assistant Secretary (Federal Finance)

**Assistant Secretary (Financial Institutions)**
- Deputy Assistant Secretary (Financial Institutions Policy)
- Deputy Assistant Secretary (Financial Education)
- Deputy Assistant Secretary (CIP and Compliance Policy)
- Director, Community Development Financial Institutions Fund

**Fiscal Assistant Secretary**
- Deputy Assistant Secretary (Fiscal Operations and Policy)
- Deputy Assistant Secretary (Accounting Policy)

**Treasurer of the United States**

**Assistant Secretary (Economic Policy)**
- Deputy Assistant Secretary (Macroeconomic Analysis)
- Deputy Assistant Secretary (Microeconomic Analysis)
- Deputy Assistant Secretary (Policy Coordination)

**Assistant Secretary (Public Affairs and Director of Policy Planning)**
- Deputy Assistant Secretary (Public Affairs)
- Deputy Assistant Secretary (Bus. Affairs and Public Liaison)
- Office of the Speechwriter
- Office of Policy Planning

**Assistant Secretary (Legislative Affairs)**

**Assistant Secretary (International)**
- Deputy Assistant Secretary (Tax and Budget)
- Deputy Assistant Secretary (Banking and Finance)
- Deputy Assistant Secretary (Appropriations and Management)
- Deputy Assistant Secretary (TFI)

## TREASURY BUREAUS

Alcohol Tobacco Tax and Trade Bureau

Financial Crimes Enforcement Network

Bureau of the Public Debt

Financial Management Service

Internal Revenue Service

Bureau of Engraving and Printing

United States Mint

Office of Thrift Supervision

...otherwise indicated, all Bureaus report through the Deputy Secretary to the Secretary.

...eign Investment and National Security Act of 2007 established an additional position of Assistant Secretary of the Treasury
...report directly to the Undersecretary for International Affairs. The nominee for the position is pending Senate confirmation.



## Can you live FREE of IRS fear and tyranny?

### Your Host, Peymon Mottahedeh

President and Founder of Freedom Law School is an Iranian, Jewish-born Immigrant, now an American Citizen, who despite having a four year University Degree, found himself ignorant of his rights as an American Citizen. Peymon decided to educate and empower himself by seeking this knowledge. Peymon's self-study of the law lead him to create Freedom Law School in 1996 so that he could assist others in living a FREE life. Peymon will share how YOU can live FREE of IRS harassment and robbery NOW with knowledge, preparation and support and join with others to take back America from the clutches of the big banks, corporations and their politicians! LiveFreeNow.org



## Why does the IRS keep telling everyone that the Income Tax is based on VOLUNTARY compliance!

### Steve Hempfling

Director of the Free Enterprise Society for over 20 years has been searching for the Law that requires the average American to file and pay the Federal Income Tax. During these 20 years, Steve has been educating and lecturing Americans on the subject of the Income Tax . Although the IRS has regularly sent agents to spy on Steve and his Organization for many of these years, the IRS has never shown Him what law requires Steve or the average American to file and pay income taxes. Plus, if the Federal Income Tax is based on voluntary compliance of the people, why is the IRS trying to make it mandatory on all of us! Come and hear from this courageous man's experience in dealing with the IRS beast. www.freeenterprisesociety.com



## ABOLISH THE INCOME TAX

### Tommy Cryer

The Constitutionalist Income Tax Lawyer, will share how he personally beat the IRS' criminal charges, as well as his plan to abolish the income tax.

TruthAttack.org



## HAVE CONCENTRATION CAMPS BEEN BUILT IN USA?

### Gary Franchi

Where and why the U.S. Government has been building internment camps on American soil.

CampFEMA.com

# IRS Special Agent

## Prepares a report which proves there is no law which requires you to file a return.

I had the opportunity to meet a man who was at that time an IRS criminal investigator. His name is **Joseph Banister**. He is a man who put honor above his personal situation with the IRS. He ignored the advice from the IRS trainers to not give any credence to the supposedly bogus information put out by "tax protesters."

Joe Banister did receive information about the IRS fraud and corruption from sources he felt were reliable who were not "tax protesters," and he did want to see if any of these allegations had any merit.

His investigation emanated in a 95 page report which questions several aspects of the income tax. The report shows that his independent investigation resulted in him supporting the tax groups and differing from the IRS propaganda.

Joe Banister is not an uneducated person. He was a Special Agent for the IRS criminal investigation division since 1993. Before that he was a tax professional and Certified Public Accountant for 9 years. He holds a bachelor degree of science, business degree, business administration.

It was a dream of his to be a federal law enforcement officer. In 1993 he became an IRS criminal investigator appointed to a position of GS-1811. His duties included investigating violations of US Code Title 26 (IR Code). He was authorized to serve search warrants and arrest warrants. He later became the asset forfeiture coordinator for central California.

He swore an oath to God to protect and defend the Constitution. "I have always taken my oath very se-

riously," he said. "I have also been mindful of maintaining my ethics and moral standards as a public servant," he continued.

Throughout this investigation Banister had many troubled nights. Brought into question were the IRS' integrity and actions. Among the issues he in-



*Joe Banister, Former IRS special agent from the Criminal Investigation Division.*

vestigated were: 1. The federal income tax is voluntary. 2. The 16th amendment was not ratified. 3. Federal income taxes are not used to operate the federal government. What he found was contrary to everything he believed.

This report was then sent up the chain of command at the IRS. What Banister wanted and expected was that the IRS would respond on a point by point basis showing Banister where he was in error. Instead, he received a letter stating that the IRS would not respond to these questions and asking Banis-

ter for a resignation in 7 days.

On February 25th, 1999 Joe Banister resigned as follows:

*"I am very confused about the treatment I have received for a number of reasons. The first reason is because, on April 28th, 1998, you sent out a memorandum to all IRS employees regarding "Reporting of Misconduct, Fraud, Waste and Abuse." In the memorandum you stated that all Internal Revenue Service employees have an obligation to report misconduct, fraud, waste, and abuse. The IRS has a stringent policy that guarantees employees freedom from reprisal when they report such action. You further stated that every employee should take proactive steps to report wrongful actions. Apparently, I was mistaken to have relied upon your memorandum as a commitment to protect me from reprisal or other adverse treatment."*

*"I used to believe that the IRS, as an agency, 'scrupulously observes taxpayer rights.' I used to believe that the IRS administers the federal income fairly and legally. I used to believe that the IRS would not knowingly trample on the rights of innocent Americans just to preserve the income tax system. It is with great sadness that I say I no longer hold any of those beliefs."*

Joe Banister appears to be a man of principle and conscience. He has given up a lot for integrity sake. Surely this will go well for him in his final judgment. I for one applaud his efforts and others like him. His report is featured on page 9 of this catalog. ❑

# IRS AGENT EXPOSES IRS FRAUD!



**JOE BANISTER**, Former gun-carrying IRS Special Agent (fraud expert with the Criminal Investigation Division) resigned after 5 years with the IRS when he concluded that his duties as an IRS agent were in violation of his oath to uphold and defend the U.S. Constitution.   After confronting top IRS officials, his inquiries were summarily rebuffed and he was "encouraged" to resign.   Mr. Banister is a graduate of San Jose State University.   He became a licensed Certified Public Accountant (CPA) in 1991 but left  the practice of public accounting in 1993 to accept and appointment to the U.S. Department of the Treasury, IRS Criminal Investigation Division, as a Special Agent (Criminal Investigator).

# AND IRS FAILS TO REFUTE HIM!

**BOB SCHULZ**, Courageous leader of the We the People Foundation (www.givemeliberty.org) went on a hunger fast to have the IRS openly debate and prove its legal power to impose the Income Tax on the American People. His Foundation has conducted several conferences on this subject with Mr. Banister and other tax law experts, against the IRS in Washington D.C.   IRS has repeatedly failed to refute the conclusions of Mr. Banister and other Freedom Movement         tax         experts.



# IS THE INCOME TAX A GIANT FRAUD?

## EX-IRS AGENT EXPOSES IRS FRAUD



### Joe Banister
Ex-IRS Gun Carrying Special Agent of the IRS will share how he quit the IRS after the IRS failed to show him a law that requires Americans to file and pay Income Tax. IRS failed to silence Banister by criminally prosecuting him.
www.freedomabovefortune.com

## LIVE FREE OF IRS FEAR & TYRANNY



### Peymon Mottahedeh
Your Host, President of Freedom Law School will share how you can live FREE of the IRS' harassment & robbery with knowledge, preparation, and support NOW!
www.livefreenow.org

## EXPERT ANALYSIS OF IRS FRAUD



### Steve Hempfling
Director and co-founder of Free Enterprise Society will show why the IRS says the Income Tax is based on "Voluntary Compliance" and has never produced a law, requiring Americans to file & pay Income Tax
www.freeenterprisesociety.com

## CONSTITUTION LAWYER CHALLENGES THE INCOME TAX FRAUD



### Jeffrey Dickstein
The attorney who defended Joe Banister in his victorious NOT GUILTY verdict, will share a new court challenge of the 16th Income Tax Amendment.
www.jeffdickstein.com

Saturday Night Banquet with G. Edward Griffin
Prepaid Prices: $50 per ticket

Friday, Saturday, Sunday, and Monday Lunches:
Prepaid Prices: $20 per ticket

Monday Class on How to Prosper in the Coming Hard Times:
Prepaid Price: $500 per ticket
At the door: $600 per ticket

## PATRIOT LAWYER REPEATEDLY BEATS THE IRS



### Larry Becraft
The attorney who defended Tommy Cryer in Tommy's victorious NOT GUILTY verdict. will share the secrets of his victory over the IRS beast.
fly.hiwaay.net/~becraft

## Saturday Evening Banquets 7:30PM - 10PM

# LIES THE GOVERNMENT TOLD YOU

Myth, Power, and Deception in American History

*NEW YORK TIMES* BEST-SELLING AUTHOR
and SENIOR JUDICIAL ANALYST, FOX NEWS CHANNEL

## JUDGE ANDREW P. NAPOLITANO

FOREWORD BY
CONGRESSMAN RON PAUL



LIES THE GOVERNMENT TOLD YOU

We should abolish the federal income tax, prohibit eminent domain, impose term congressional limits, make Congress part-time, return the power to elect senators to State legislatures, abolish the Federal Reserve system, and prosecute for malfeasance any member of Congress who cannot articulate where the Constitution authorizes whatever he or she is voting for or who has voted for any law that he has or she has not certified under oath that he or she read and fully understands. And we must reject the nice smiles and easy ways and seductive promises of anyone in government who lies to us.

The Big Government Party crowd is obviously not afraid of lying or being caught in a lie. Its members do not fear their own lawlessness or our loss of freedom. They only fear the loss of their own power. So let's use that fear against them. Jefferson understood and articulated this best when he wrote: "When the people fear the government, there is tyranny. When the government fears the people, there is liberty."

If we fear our own government, if we accept its deceptions, its lies to us, if we take no action to redress them, our freedoms are doomed.

316

# YOU'VE BEEN LIED TO BY THE GOVERNMENT

We shrug off this fact as an unfortunate reality. America is the land of the free, after all. Does it really matter whether our politicians bend the truth here and there?

When the truth is traded for lies, our freedoms are diminished and don't return.

In *Lies the Government Told You*, Judge Andrew P. Napolitano reveals how America's freedom, as guaranteed by the U.S. Constitution, has been forfeited by a government more protective of its own power than its obligations to preserve our individual liberties.

---

"Judge Napolitano's tremendous knowledge of American law, history, and politics, as well as his passion for freedom, shines through in *Lies the Government Told You*, as he details how throughout American history, politicians and government officials have betrayed the ideals of personal liberty and limited government."

Congressman Ron Paul, M.D. (R-TX), from the *Foreword*

---

Paul A. Mitchell
c/o Lake Union Mail
117 East Louisa Street
Seattle 98102-3203
WASHINGTON, USA

1. Is the Internal Revenue Service ("IRS") an organization within the U.S. Department of the Treasury?

   Answer:  No.  The IRS is not an organization within the <u>United States Department of the Treasury</u>.  The U.S. Department of the Treasury was organized by statutes now codified in <u>Title 31</u> of the United States Code, abbreviated "31 U.S.C."  The only mention of the IRS *anywhere* in 31 U.S.C. §§ 301-310 is an authorization for the President to appoint an Assistant General Counsel in the U.S. Department of the Treasury to be the Chief Counsel for the IRS.  See <u>31 U.S.C. 301</u>(f)(2).

   At footnote 23 in the case of <u>Chrysler Corp. v. Brown</u>, 441 U.S. 281 (<u>1979</u>), the U.S. Supreme Court admitted that no organic Act for the IRS could be found, after they searched for such an Act all the way back to the Civil War, which ended in the year 1865 *A.D.*  The <u>Guarantee Clause</u> in the <u>U.S. Constitution</u> guarantees the Rule of Law to all Americans (we are to be governed by Law and not by arbitrary bureaucrats).  See <u>Article IV, Section 4</u>.  Since there was no organic Act creating it, IRS is not a lawful organization.

2. If *not* an organization within the <u>U.S. Department of the Treasury</u>, then what exactly is the IRS?

   Answer:  The IRS appears to be a collection agency working for foreign banks and operating out of Puerto Rico under color of the Federal Alcohol Administration ("FAA").  But the FAA was promptly declared unconstitutional inside the 50 States by the U.S. Supreme Court in the case of <u>U.S. v. Constantine</u>, 296 U.S. 287 (<u>1935</u>), because <u>Prohibition</u> had already been repealed.

In 1998, the United States Court of Appeals for First Circuit identified the "Secretary of the Treasury" as a man by the name of Manual Díaz-Saldaña. See the definitions of "Secretary" and "Secretary or his delegate" at 27 CFR 26.11 (formerly 27 CFR 250.11), and the published decision in Used Tire International, Inc. v. Manual Díaz-Saldaña, court docket number 97-2348, September 11, 1998. Both definitions mention Puerto Rico.

When all the evidence is examined objectively, IRS appears to be a money laundry, extortion racket, and conspiracy to engage in a pattern of racketeering activity, in violation of 18 U.S.C. 1951 and 1961 et seq. ("RICO"). Think of Puerto RICO (Racketeer Influenced and Corrupt Organizations Act); in other words, it is an organized crime syndicate operating under false and fraudulent pretenses. See also the Sherman Act and the Lanham Act.

3. By what legal authority, if any, has the IRS established offices *inside* the 50 States of the Union?

Answer: After much diligent research, several investigators have concluded that there is no known Act of Congress, nor any Executive Order, giving IRS lawful jurisdiction to operate within *any* of the 50 States of the Union.

Their presence within the 50 States appears to stem from certain Agreements on Coordination of Tax Administration ("ACTA"), which officials in those States have consummated with the Commissioner of Internal Revenue. A template for ACTA agreements can be found at the IRS Internet website and in the Supreme Law Library on the Internet.

However, those ACTA agreements are demonstrably fraudulent, for example, by expressly defining "IRS" as a lawful bureau within the U.S. Department of the Treasury. (See Answer to Question 1 above.) Moreover, those ACTA agreements also appear to violate State laws requiring competitive bidding *before* such a service contract can be awarded by a State government to any subcontractor. There is no evidence to indicate that ACTA agreements were reached after competitive bidding processes; on the contrary, the IRS is adamant about maintaining a *monopoly* syndicate.

4. Can IRS legally show "Department of the Treasury" on their outgoing mail?

Answer: No. It is obvious that such deceptive nomenclature is intended to convey the false impression that IRS is a lawful bureau or department within the U.S. Department of the Treasury. Federal laws prohibit the use of United States Mail for fraudulent purposes. Every piece of U.S. Mail sent from IRS with "Department of the Treasury" in the return address, is one count of mail fraud. See also 31 U.S.C. 333.

5. Does the U.S. Department of Justice have power of attorney to represent the IRS in federal court?

Answer: No. Although the U.S. Department of Justice ("DOJ") does have power of attorney to represent federal agencies before federal courts, the IRS is not an "agency" as that term is legally defined in the Freedom of Information Act or in the Administrative Procedures Act. The governments of all federal Territories are expressly excluded from the definition of federal "agency" by Act of Congress. See 5 U.S.C. 551(1)(C).

Since IRS is domiciled in Puerto Rico (RICO?), it is thereby excluded from the definition of federal agencies which can be represented by the DOJ. The IRS Chief Counsel, appointed by the President under authority of 31 U.S.C. 301(f)(2), can appear, or appoint a delegate to appear in federal court on behalf of IRS and IRS employees. Again, see the Answer to Question 1 above. As far as powers of attorney are concerned, the chain of command begins with Congress, flows to the President, and then to the IRS Chief Counsel, and NOT to the U.S. Department of Justice.

6. Were the so-called 14th and 16th amendments properly ratified?

Answer: No. Neither was properly ratified. In the case of People v. Boxer (December 1992), docket number #S-030016, U.S. Senator Barbara Boxer fell totally silent in the face of an Application to the California Supreme Court by the People of California, for an ORDER compelling Senator Boxer to witness the material evidence against the so-called 16th amendment.

That so-called "amendment" allegedly authorized federal income taxation, even though it contains no provision expressly repealing two Constitutional Clauses mandating that direct taxes must be apportioned. The Ninth Circuit Court of Appeals and the U.S. Supreme Court have both ruled that repeals by implication are not favored. See Crawford Fitting Co. et al. v. J.T. Gibbons, Inc., 482 U.S. 437, 442 (1987).

The material evidence in question was summarized in AFFIDAVIT's that were properly executed and filed in that case. Boxer fell totally silent, thus rendering those affidavits the "truth of the case." The so-called 16th amendment has now been correctly identified as a major fraud upon the American People and the United States. Major fraud against the United States is a serious federal offense. See 18 U.S.C. 1031.

Similarly, the so-called 14th amendment was never properly ratified either. In the case of Dyett v. Turner, 439 P.2d 266, 270 (1968), the Utah Supreme Court recited numerous historical facts proving, beyond any shadow of a doubt, that the so-called 14th amendment was likewise a major fraud upon the American People.

# The Power to Destroy

## by Senator William V Roth Jr and William H Nixon

The Internal Revenue Service has powers unrivaled by any agency of our federal government, powers that can irrevocably affect the lives of more than 200 million American taxpayers. Since its founding, the agency's use- -and abuse--of these powers has spawned controversy and frequent calls for reform. But for years, the IRS had rebuffed these efforts, openly resisting all attempts to alter the agency's structure or policies and engaging in acts that have intimidated those who sought change.

In 1997 William Roth spearheaded the most extensive tax collection reform effort in modern history. He initiated an investigation into the IRS and chaired congressional hearings that uncovered horrifying stories of abuses against taxpayers that shocked the nation. The legislation that resulted--the Internal Revenue Service Restructuring Act, which passed the Senate unanimously in May 1998--has ushered in what *The New York Times* called "the most sweeping changes in decades to an agency whose very function has long made it the most reviled in government."

*The Power to Destroy* tells the behind-the-scenes story of the congressional investigation of the IRS, the steps that have been taken to curb its abuses of power, and Senator Roth's proposals for far-reaching changes that still need to be made. Along the way, Roth and Nixon vividly recreate the stories of the victims of the Internal Revenue Service using exclusive interviews with those who have been unjustly audited, foreclosed, prosecuted, and worse. With explosive new investigative material--including unreleased internal surveys from IRS employees across the nation--the authors show how corruption, mismanagement, perverse incentives, and negligence exist inside a culture that is as cloistered as it is powerful. The book concludes with an explanation of what you need to know about your rights under the new tax laws--and what to do if you are audited.

Part expose' of a government agency gone grievously wrong, part history of a radical and unprecedented reform effort, and part empowering handbook for understanding the new tax laws, *The Power to Destroy* is a provocative book every taxpaying America needs to read.

## Certificate of Service
### (Proof of Service)

1

2

3 This is to certify that the above "action" [COMPLAINT] was filed with the Clerk of

4 the Court, Sandra Day O'Conner United States Court House, 401 West Washington

5 Street, Suite 130.  SPC 1, Phoenix, Arizona 85003-2118.

6

7 The original and one copy was filed with the Clerk of the Court and a true and

8 correct copy was served upon the legal counsel for the United States and parties of

9

10 interest (Defendants) pursuant to F. R. Civ. P.,  Rule 5 Service and Filing of Pleadings

11 and Other Papers Rule 4.1 (Summons) Service of Other Process [Form AO440].

12 I personally served a court recorded copy of the "Complaint" filed with the Clerk of Court to the named

13 parties listed (Defendants) by Certified Mail (Return Receipt Requested) United States Postal Service.

14

15 U.S. Attorney General
   Eric Holder
16 U. S. Department of Justice
   950 Pennsylvania Avenue, NW
17 Washington, DC  20530-001

18
   Timothy F. Geithner, Secretary
19 U.S. Department of the Treasury
   Room 3330
20 1500 Pennsylvania Avenue, NW
   Washington, DC  20220
21

22 Douglas F. Schulman,
   Commissioner of Internal Revenue (IRS)
23 10th Street & Pennsylvania Ave, NW
   Washington, DC  20004
24

25 Jerry Marquez (pseudonym)
   IRS Revenue Officer
26 Internal Revenue Service
   Collections Department
27 8626 Tesoro Drive
   San Antonio, Texas  78217
28
   By_____

   Barry L. Cox, Attorney Pro Se
   530 E. Hunt Hwy, Suite 103 Box 249
   San Tan Valley, Arizona 85143

Dated: June 21st, 2010